| Attorney or Party without Attorney:<br>**Sarah N Westcot, Esq.**<br>**BURSOR & FISHER, P.A.**<br>**701 BRICKELL AVENUE SUITE 1420**<br>**MIAMI, FL 33131**<br>   Telephone No: 305-330-5512<br>   Attorney For: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court:<br>USDC Middle District of Florida |
|---|
| Plaintiff: TYLER TOOMEY, on behalf of himself and all others similarly situated<br>Defendant: RIPPLE LABS, INC., XRP II, LLC, and BRADLEY GARLINGHOUSE |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:21-cv-00093-BJD-JBT |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Civil Cover Sheet

3. a.  Party served:     Ripple Labs, Inc.
   b.  Person served:   Oswald Fenner, Administrator, Authorized to Accept Service, Served under F.R.C.P. Rule 4.

4. Address where the party was served:   315 Montgomery St 2nd Floor, San Francisco, CA 94104

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue, Jan 26 2021 (2) at: 02:00 PM

6. **Person Who Served Papers:**
   a. Andy Esquer (2013-0001009, San Francisco)                             d. **The Fee** for Service was:
   b. **FIRST LEGAL**
      1202 Howard Street
      SAN FRANCISCO, CA 94103
   c. (415) 626-3111

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

            01/27/2021                              *[signature]*
              (Date)                                (Signature)



                               PROOF OF                                      5290131
                               SERVICE                                      (339127)