| Attorney or Party without Attorney:<br>Sarah N Westcot, Esq.<br>BURSOR & FISHER, P.A.<br>701 BRICKELL AVENUE SUITE 1420<br>MIAMI, FL 33131<br>  Telephone No:  305-330-5512<br><br>  Attorney For:  Plaintiff | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>USDC Middle District of Florida | | |
| Plaintiff:  TYLER TOOMEY, on behalf of himself and all others similarly situated<br>Defendant:  RIPPLE LABS, INC., XRP II, LLC, and BRADLEY GARLINGHOUSE | | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:21-cv-00093-BJD-JBT |
|---|---|---|---|---|

1.  *At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the Summons in a Civil Action; Class Action Complaint; Civil Cover Sheet

3.  a.  *Party served:*      XPR II, LLC
    b.  *Person served:*    "John Doe", Employee at Corporation Service Company, Registered Agent , Caucasian , Male , Age: 30 ,
                   Hair: Brown , Height: 6'0" , Weight: 170 , authorized to accept served under F.R.C.P. Rule 4.

4.  *Address where the party was served:*    80 State St 2nd Floor, Albany, NY 12207

5.  *I served the party:*
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive
    process for the party (1) on: Tue, Jan 26 2021 (2) at: 02:43 PM

6.  **Person Who Served Papers:**
    a. James Perone
    b. FIRST LEGAL
       3600 Lime Street, Suite 626
       RIVERSIDE, CA 92501
    c. (888) 599-5039

7.  *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

1/28/21
_____
*(Date)*

_____
*(Signature)*

PROOF OF
SERVICE

5290150
(339130)

FL
FIRST LEGAL