| | |
|---|---|
| *Attorney or Party without Attorney:* <br> **Sarah N Westcot, Esq.** <br> BURSOR & FISHER, P.A. <br> 701 BRICKELL AVENUE SUITE 1420 <br> MIAMI, FL 33131 <br>    *Telephone No:* 305-330-5512     *Ref. No. or File No.:* <br>    *Attorney For:* Plaintiff | **For Court Use Only** |

*Insert name of Court, and Judicial District and Branch Court:*
**USDC Middle District of Florida**

*Plaintiff:* TYLER TOOMEY, on behalf of himself and all others similarly situated
*Defendant:* RIPPLE LABS, INC., XRP II, LLC, and BRADLEY GARLINGHOUSE

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 3:21-cv-00093-BJD-JBT |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Civil Cover Sheet

3.   a.   Party served:     Bradley Garlinghouse
       b.   Person served:   Oswald Fenner, Employee Apparently in Charge, Served under CCP 415.20 ,

4. Address where the party was served:   315 Montgomery St 2nd Floor, San Francisco, CA 94104

5. I served the party:
     a. **by substituted service.**   On: Thu, Jan 28 2021 at: 09:50 AM by leaving the copies with or in the presence of:
                                             Oswald Fenner, Employee Apparently in Charge, Served under CCP 415.20 .

(1)   [ ]   **(Residence or Usual Place of Abode)** a person of suitable age and discretion who resides there.
(2)   [X]   **(Company)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
(3)   [X]   **(Declaration of Mailing)** is attached.
(4)   [X]   **(Declaration of Diligence)** attached stating actions taken first to attempt personal service.



PROOF OF SERVICE

5290142
(339128)
Page 1 of 2

| Attorney or Party without Attorney:<br>Sarah N Westcot, Esq.<br>BURSOR & FISHER, P.A.<br>701 BRICKELL AVENUE SUITE 1420<br>MIAMI, FL 33131<br>　　Telephone No: 305-330-5512<br>　　Attorney For: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>USDC Middle District of Florida ||| 
| Plaintiff: TYLER TOOMEY, on behalf of himself and all others similarly situated<br>Defendant: RIPPLE LABS, INC., XRP II, LLC, and BRADLEY GARLINGHOUSE ||| 

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:21-cv-00093-BJD-JBT |
|---|---|---|---|---|

6. **Person Who Served Papers:**
   a. Andy Esquer (2013-0001009, San Francisco)
   b. FIRST LEGAL
      1202 Howard Street
      SAN FRANCISCO, CA 94103
   c. (415) 626-3111
   d. **The Fee** for Service was:
   e. I am: A Registered California Process Server

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

01/29/2021

(Date)　　　　　　　　　　　　　　　　　　(Signature)



PROOF OF SERVICE

5290142
(339128)
Page 2 of 2

| Attorney or Party without Attorney:<br>**Sarah N Westcot, Esq.**<br>BURSOR & FISHER, P.A.<br>701 BRICKELL AVENUE SUITE 1420<br>MIAMI, FL 33131<br>  Telephone No: 305-330-5512<br>  Attorney For: Plaintiff | | Ref. No. or File No.: | For Court Use Only |
|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>USDC Middle District of Florida | | | |
| Plaintiff: TYLER TOOMEY, on behalf of himself and all others similarly situated<br>Defendant: RIPPLE LABS, INC., XRP II, LLC, and BRADLEY GARLINGHOUSE | | | |
| **PROOF OF SERVICE**<br>By Mail | Hearing Date:   Time:   Dept/Div: | | Case Number:<br>3:21-cv-00093-BJD-JBT |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Civil Cover Sheet

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
   a. Date of Mailing: Thu, Jan 28, 2021
   b. Place of Mailing: SAN FRANCISCO, CA 94103
   c. Addressed as follows: Bradley Garlinghouse
          315 Montgomery St, 2nd Floor San Francisco, CA 94104

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Thu, Jan 28, 2021 in the ordinary course of business.

Recoverable cost Per CCP 1033.5(a)(4)(B)

5. **Person Serving:**
   a. Juan Cruz                                           d. **The Fee** for Service was:
   b. **FIRST LEGAL**                                e. I am: Not a Registered California Process Server
      1202 Howard Street
      SAN FRANCISCO, CA 94103
   c. (415) 626-3111

6. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

01/29/2021
(Date)                                                                                             (Signature)



Judicial Council Form                          PROOF OF SERVICE                              5290142
Rule 2.150.(a)&(b) Rev January 1, 2007         BY MAIL                                       (339128)