| Attorney or Party without Attorney: <br>**Sarah N Westcot, Esq.** <br>BURSOR & FISHER, P.A. <br>701 BRICKELL AVENUE SUITE 1420 <br>MIAMI, FL 33131 <br>  Telephone No: 305-330-5512 <br>  Attorney For: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
USDC Middle District of Florida

Plaintiff: TYLER TOOMEY, on behalf of himself and all others similarly situated
Defendant: RIPPLE LABS, INC., XRP II, LLC, and BRADLEY GARLINGHOUSE

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br>3:21-cv-00093-BJD-JBT |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; First Amended Class Action Complaint; Order

3. a. Party served:    Ripple Labs Inc.
   b. Person served:   Oswald Fenner , authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served:    315 Montgomery St 2nd Floor, San Francisco, CA 94104

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, Jan 29 2021 (2) at: 11:50 AM

6. **Person Who Served Papers:**
   a. Andy Esquer (2013-0001009, San Francisco)           d. The Fee for Service was:
   b. FIRST LEGAL
      1202 Howard Street
      SAN FRANCISCO, CA 94103
   c. (415) 626-3111

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

02/01/2021
(Date)                                       (Signature)



PROOF OF SERVICE

5301465
(339232)