| Attorney or Party without Attorney: <br> Sarah N Westcot, Esq. <br> BURSOR & FISHER, P.A. <br> 701 BRICKELL AVENUE SUITE 1420 <br> MIAMI, FL 33131 <br>   Telephone No: 305-330-5512 <br>   Attorney For: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court: <br> USDC Middle District of Florida ||||
| Plaintiff: TYLER TOOMEY, on behalf of himself and all others similarly situated <br> Defendant: RIPPLE LABS, INC., XRP II, LLC, and BRADLEY GARLINGHOUSE ||||

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 3:21-cv-00093-BJD-JBT |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; First Amended Class Action Complaint; Order

3. a. Party served:     XRP II, LLC
   b. Person served:    John Doe - Corporation Service Company, Caucasian, Male, Age: 30, Hair: Brown, Height: 6', Weight: 170, authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served:    80 State St, Albany, NY 12207

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, Jan 29 2021 (2) at: 12:40 PM

6. **Person Who Served Papers:**
   a. James Perone
   b. FIRST LEGAL
      3600 Lime Street, Suite 626
      RIVERSIDE, CA 92501
   c. (888) 599-5039

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

2/1/21
(Date)

(Signature)



PROOF OF SERVICE

5301476
(339234)