UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| TYLER TOOMEY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RIPPLE LABS INC., XRP II, LLC, and BRADLEY GARLINGHOUSE,<br><br>Defendants. | Civil Action No. 3:21-cv-00093 |

## NOTICE OF APPEARANCE OF LISA R. BUGNI

Please take notice that Lisa R. Bugni of King & Spalding LLP hereby appears as counsel of record on behalf of Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse.

| | |
|---|---|
| DATED: February 8, 2021 | Respectfully submitted,<br>/s/ Lisa R. Bugni<br>Lisa R. Bugni<br><br>LISA R. BUGNI (FBN: 0648191)<br>lbugni@kslaw.com<br>**KING & SPALDING LLP**<br>50 California Street, Suite 3300<br>San Francisco, CA 94111<br>Tel: (415) 318-1200; Fax: (415) 318-1300 |

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 8th day of February, 2021, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system.

                                   */s/ Lisa R. Bugni*
                                   Lisa R. Bugni
                                   Florida Bar No. 0648191