UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| TYLER TOOMEY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RIPPLE LABS INC., XRP II, LLC, and BRADLEY GARLINGHOUSE,<br><br>Defendants. | Civil Action No. 3:21-cv-00093 |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse ("Defendants") by and through their undersigned counsel, move this Court for an order extending the time within which they may respond to Plaintiff's Amended Complaint until March 22, 2021. In support of this Motion, Defendants state as follows:

1. Plaintiff Tyler Toomey ("Plaintiff") commenced this action on January 25, 2021. ECF No. 1.

2. On January 27, 2021, the Court struck Plaintiff's complaint on the grounds that it was an improper "shotgun" pleading. ECF No. 4.

3. On January 28, 2021, Plaintiff filed an Amended Complaint. ECF No. 5.

4. Plaintiff served the Amended Complaint on Ripple Labs Inc. and XRP II, LLC on January 29, 2021, and on Bradley Garlinghouse on February 2, 2021.

1

5. Defendants' response to Plaintiff's Amended Complaint is currently due on February 19, 2021. Defendants seek a thirty-day extension of time, to March 22, 2021.

6. Rule 6(b) gives the Court discretion to grant a motion to extend a deadline for good cause before the deadline expires. The deadline to file a responsive pleading has not yet expired.

7. There is good cause to grant Defendant's motion. This unopposed motion for extension, if granted, will enable Defendants to assemble necessary information to provide its response to Plaintiff's Amended Complaint, is in good faith, and is not interposed for any delay or prejudice. Further, Plaintiff has stated he does not oppose this motion. The granting of this motion will not prejudice any of the parties to this action.

WHEREFORE, Defendants respectfully request that the Court enter an order granting an extension to respond to Plaintiff's Amended Complaint until March 22, 2021.

| | |
|---|---|
| DATED: February 8, 2021 | Respectfully submitted,<br>*/s/ Lisa R. Bugni*<br>Lisa R. Bugni<br><br>LISA R. BUGNI (FBN: 0648191)<br>lbugni@kslaw.com<br>**KING & SPALDING LLP**<br>50 California Street, Suite 3300<br>San Francisco, CA 94111<br>Tel: (415) 318-1200; Fax: (415) 318-1300<br><br>DAMIEN J. MARSHALL (FBN: 191302)<br>(*M.D. Fla. application for admission to be filed*)<br>dmarshall@kslaw.com<br>**KING & SPALDING LLP**<br>1185 Avenue of the Americas, 34th Floor<br>New York, NY 10036<br>Tel: (212) 566-2100; Fax: (212) 556-2222 |

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), Defendants' attorneys conferred in good faith with Plaintiff's attorneys in an attempt to resolve the issues raised by this Motion, and Plaintiff has stated that he does not object to the relief sought in this Motion.

                                                                           */s/ Lisa R. Bugni*
                                                                           Lisa R. Bugni
                                                                           Florida Bar No. 0648191

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 8th day of February, 2021, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system.

                                                                           */s/ Lisa R. Bugni*
                                                                           Lisa R. Bugni
                                                                           Florida Bar No. 0648191