UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| TYLER TOOMEY, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>RIPPLE LABS INC., XRP II, LLC, and BRADLEY GARLINGHOUSE,<br><br>        Defendants. | Civil Action No. 3:21-cv-00093 |

### NOTICE OF APPEARANCE OF DAMIEN J. MARSHALL

PLEASE TAKE NOTICE that Damien J. Marshall with the law firm of King & Spalding LLP, admitted to the Bar of this Court, hereby enters his appearance in this action as counsel for Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse.

Dated: February 17, 2021

                */s/ Damien J. Marshall*
                Damien J. Marshall (FBN: 191302)
                KING & SPALDING LLP
                1185 Avenue of the Americas
                New York, New York 10036
                Tel: (212) 556-2100
                Fax: (212) 556-2222
                dmarshall@kslaw.com

                *Attorney for Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 17th day of February, 2021, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Damien J. Marshall*
Damien J. Marshall (FBN: 191302)
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Tel: (212) 556-2100
Fax: (212) 556-2222
dmarshall@kslaw.com

*Attorney for Defendants Ripple Labs Inc.,
XRP II, LLC, and Bradley Garlinghouse*
