UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| TYLER TOOMEY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RIPPLE LABS INC., XRP II, LLC, and BRADLEY GARLINGHOUSE,<br><br>Defendants. | Civil Action No. 3:21-cv-00093 |

**DEFENDANTS' DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03**

Pursuant to Local Rule 3.03, Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse ("Defendants") hereby disclose:

1. Each person – including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity – that has or might have an interest in the outcome:

   a. Tyler Toomey – Plaintiff

   b. Sarah N. Westcot – Attorney for Plaintiff

   c. Andrew J. Obergfell – Attorney for Plaintiff

   d. Bursor & Fisher, P.A. – Law Firm for Plaintiff

   e. Ripple Labs Inc. – Defendant

   f. XRP II, LLC – Defendant

1

  g. Bradley Garlinghouse – Defendant

 2. Each entity with publicly traded shares or debt potentially affected by the outcome:

None.

 3. Each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

None.

 4. Each person arguably eligible for restitution:

Plaintiff's Prayer for Relief seeks an order of restitution on behalf of a putative class defined to include "all persons or entities in the State of Florida who purchased XRP." ECF No. 5. Defendants dispute that any person is entitled to restitution and, aside from the named Plaintiff, Tyler Toomey, at this time are unable to identify any individual member of the putative class.

 Pursuant to Federal Rule of Civil Procedure 7.1, Defendants identify any parent corporation and any publicly held corporation owning 10% or more of its stock:

 Defendant XRP II, LLC is wholly owned by Defendant Ripple Labs Inc. Defendants have no other parent corporation and no publicly held corporation owning 10% or more of their stock.

 I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

| | |
|---|---|
| DATED: March 3, 2021 | Respectfully submitted,<br>*/s/ Damien J. Marshall*<br>Damien J. Marshall<br><br>DAMIEN J. MARSHALL (FBN: 191302)<br>dmarshall@kslaw.com<br>**KING & SPALDING LLP**<br>1185 Avenue of the Americas, 34th Floor<br>New York, NY 10036<br>Tel: (212) 566-2100; Fax: (212) 556-2222 |

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 3rd day of March, 2021, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system.

           */s/ Damien J. Marshall*
           Damien J. Marshall
           Florida Bar No. 191302