UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Jacksonville Division

| | |
|---|---|
| TYLER TOOMEY, on behalf of himself and all others similarly situated,<br><br>             Plaintiff,<br><br>   v.<br><br>RIPPLE LABS, INC., XRP II, LLC, and BRADLEY GARLINGHOUSE,<br><br>             Defendants. | Civil Action No. 3:21-cv-00093<br><br>**UNOPPOSED MOTION FOR ADMISSION PRO HAC VICE OF ANDREW J. OBERGFELL** |

      Plaintiff Tyler Toomey ("Plaintiff") through undersigned counsel and pursuant to Local Rule 2.01 of the U.S. District Court for the Middle District of Florida, files this motion requesting the admission *pro hac vice* of Andrew J. Obergfell in the above-captioned matter. The grounds upon which this motion is based are as follows:

      1.     Mr. Obergfell practices with the law firm Bursor & Fisher, P.A., 888 7th Avenue, New York, New York, Telephone: (646) 837-7150, email: aobergfell@bursor.com, NY Bar No. 5458906, counsel for Plaintiff Tyler Toomey.

      2.     Mr. Obergfell is a member in good standing of the bars of the States of New York and New Jersey. He is also admitted to practice in the Southern, Eastern and Northern Districts of New York, District of New Jersey, and the U.S. Court of Appeals for the Fourth Circuit.

      3.     Mr. Obergfell has appeared in the following cases in the last 36 months:

Middle District of Florida:

| Case # | Name | Status | Transfer from |
|---|---|---|---|
| 3:18-cv-01193 | Holmes v. DRS Processing LLC | **Open** | - |
| 8:18-cv-02498 | Thigpen v. Credit Control Services, Inc. | Closed | - |

| 8:18-cv-02463 | Yachera v. Westminster Pharmaceuticals, LLC et al | Closed | - |
| 6:18-cv-01775 | Thomas v. Outbound Engine, Inc. | Closed | - |
| 8:20-cv-01100 | Zawacki v. Swoop, Inc. | Closed | - |

Southern District of Florida:

| Case # | Name | Status | Transferred from |
|---|---|---|---|
| 9:20-cv-80198 | PINALES v. SANOFI S.A. et al | Consolidated MDL | D.N.J. |
| 9:20-cv-80203 | Rodriguez v. Sanofi U.S. LLC et al | Consolidated MDL | S.D.N.Y. |
| 9:20-md-02924 | IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | **Open** | MDL Consolidated Matter |
| 9:20-cv-80390 | Viola v. Pfizer Inc. | Consolidated MDL | S.D.N.Y. |
| 9:20-cv-80735 | Koppell et al v. Perrigo Company PLC et al | Consolidated MDL | S.D.N.Y. |
| 9:20-cv-80788 | Carlo v. Strides Pharma, Inc. | Consolidated MDL | S.D.N.Y. |
| 9:20-cv-80790 | MURDOCK v. GLENMARK PHARMACEUTICALS INC. USA | Consolidated MDL | D.N.J. |
| 9:20-cv-80791 | ABRAHAM et al v. DR. REDDY'S LABORATORIES, INC. | Consolidated MDL | D.N.J. |
| 0:20-cv-60829 | Boucher v. Spirit Airlines, Inc. | Closed | - |
| 0:20-cv-60851 | Dimitryuk v. University Of Miami | **Open** | - |
| 0:20-cv-60746 | Hill v. Spirit Airlines Inc | Closed | - |
| 9:20-cv-81028 | CLARK v. AMNEAL PHARMACEUTICALS, LLC | Consolidated MDL | D.N.J. |

4. Mr. Obergfell is not a resident of the State of Florida, nor does he maintain a regular practice of law within the State. Mr. Obergfell does not appear regularly in this Court to such a degree as to constitute the regular practice of law in the State of Florida.

5. Mr. Obergfell is familiar with the Local Rules and agrees to abide by them, as well as the Code of Professional Responsibility and other ethical limitations or requirements governing the professional behavior of members of The Florida Bar.

6. Mr. Obergfell's $150 enrollment fee payable to the Clerk, U.S. District Court is being contemporaneously sent to the Clerk as well as his Special Admission Attorney Certification.

7. Mr. Obergfell will complete the CM/ECF Attorney Registration Form online on the

Court's website promptly upon entry of an order granting this Motion.

8.  Attorney Sarah N. Westcot is a member of the bar of this Court and a resident in the State of Florida and will act as local counsel, in accordance with Local Rule 2.02(a).

9.  Pursuant to Local Rule 2.01(c), this Motion for Admission *Pro Hac Vice* shall also serve as the written designation and consent-to-act for local counsel admitted to this Court and residing in Florida, designated as follows: Sarah N. Westcot, Bursor & Fisher, P.A., 701 Brickell Ave., Suite 1420, Miami FL 33131, telephone (305) 330-5512, facsimile: (305) 676- 9006, swestcot@bursor.com, Florida Bar No. 1018272.

Wherefore, Plaintiff Tyler Toomey requests that Andrew Obergfell be admitted *pro hac vice* pursuant to Local Rule 2.02 of the U.S. District Court for the Middle District of Florida.

Dated:  March 10, 2021                              Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:   */s/ Sarah N. Westcot*
          Sarah N. Westcot

Sarah N. Westcot (FBN:  1018272)
701 Brickell Avenue, Suite 1420
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile:  (305) 676-9006
Email: swestcot@bursor.com

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Rule 3.01(g), Local Rules, United States District Court, Middle District of Florida, the undersigned has conferred with counsel for Defendants and is authorized to represent that the Defendants do not oppose the entry of an order granting this Motion.

## MEMORANDUM OF LAW

For the reasons set forth above, Plaintiff's Motion for Admission Pro Hac Vice should be granted pursuant to Rule 2.01, Local Rules, United States District Court, Middle District of Florida.

By:   */s/ Sarah N. Westcot*
         Sarah N. Westcot

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 10, 2021, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to: Damien Jerome Marshall,  King & Spalding LLP, 1185 Avenue of the Americas., 34th Floor New York, NY 1003, Telephone: 212-790-5357 Fax: 212-556-2222 Email: dmarshall@kslaw.com and Lisa Bugni, Alston & Bird, LLP, One Atlantic Center Ste 4900, 1201 W Peachtree St Atlanta, GA 30309-3424 Telephone: 404-572-4677 Email: lbugni@kslaw.com *(Counsel for Defendants)*.

By:   */s/ Sarah N. Westcot*
         Sarah N. Westcot