**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

TYLER TOOMEY, on behalf of himself
and all others similarly situated,

    Plaintiff,

v.                                                                                          Case No: 3:21-cv-00093

RIPPLE LABS, INC., XRP II, LLC,
and BRADLEY GARLINGHOUSE,

    Defendants.

### DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 3.03

Pursuant to Local Rule 3.03, Plaintiff Tyler Toomey states as follows:

1.   Each person — including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity — that has or might have an interest in the outcome:

- Tyler Toomey (Plaintiff);
- Sarah N. Westcot (Counsel for Plaintiff)
- Andrew J. Obergfell (Counsel for Plaintiff)
- Bursor & Fisher, P.A. (Plaintiff's law firm)
- Ripple Labs, Inc. (Defendant)
- XRP II, LLC (Defendant)
- Bradley Garlinghouse (Defendant)
- Damien Jerome Marshall (Counsel for Defendant)
- Lisa Bugni (Counsel for Defendant)
- Meghan Strong (Counsel for Defendant)
- King & Spalding LLP (Defendant's Law Firm)

2.   Each entity with publicly traded shares or debt potentially affected by the outcome:

- None known at this time

3.   Each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee

- None known at this time

4. Each person arguably eligible for restitution:

- Tyler Toomey
- All others similarly situated to Plaintiff Toomey who are unknown at this time but will be revealed through discovery.

      I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated:  March 10, 2021

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:   */s/ Sarah N. Westcot*
        Sarah N. Westcot

Sarah N. Westcot (Fla. Bar No. 1018272)
701 Brickell Avenue, Suite 1420
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile:  (305) 676-9006
Email: swestcot@bursor.com

**BURSOR & FISHER, P.A.**
Andrew J. Obergfell (*pro hac vice* forthcoming)
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: 212-989-9163
Email: aobergfell@bursor.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of March 2021, the foregoing was filed electronically in accordance with the Court's guidelines, using the Court's CM/ECF system.

      */s/ Sarah N. Westcot*
      Sarah N. Westcot