UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Jacksonville Division

| | |
|---|---|
| TYLER TOOMEY, on behalf of himself and all others similarly situated,<br><br>              Plaintiff,<br><br>    v.<br><br>RIPPLE LABS INC., XRP II, LLC, and BRADLEY GARLINGHOUSE,<br><br>              Defendants. | Civil Action No. 3:21-cv-00093<br><br>**JOINT STIPULATION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(a)(2) ALLOWING PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT, AND PROPOSING BRIEFING SCHEDULE FOR DEFENDANTS' FORTHCOMING MOTION TO DISMISS** |

      Plaintiff Tyler Toomey ("Plaintiff") and Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse ("Defendants") (collectively, the "Parties") hereby stipulate and agree as follows:

      WHEREAS, Plaintiff filed his original Complaint on January 25, 2021 (ECF No. 1);

      WHEREAS, on January 28, 2021, Plaintiff filed an amended complaint (ECF No. 5) pursuant to the Court's January 27, 2021 Order (ECF No. 4);

      WHEREAS, Defendants' deadline to respond to the amended complaint is March 22, 2021, pursuant to the Court's February 9, 2021 Order (ECF No. 15);

      WHEREAS, Plaintiff has met and conferred with Defendants regarding filing a second amended complaint to add additional defendants, add a new class representative, and address

points made by Defendants in the meet and confer call to discuss Defendants' forthcoming motion to dismiss;

WHEREAS, pursuant to Rule 15, Defendants hereby provide written consent for Plaintiff to file a second amended complaint;

WHEREAS, the Parties wish to propose a schedule for Plaintiff's filing of a second amended complaint, and a briefing schedule for motion to dismiss briefing;

NOW THEREFORE, the Parties stipulate that:

1. In expectation of Plaintiff's second amended complaint, Defendants are not required to respond to Plaintiff's amended complaint on March 22, 2021;
2. Plaintiff will file a second amended complaint on or before March 26, 2021;
3. Defendants' deadline to respond to the second amended complaint will be thirty (30) days after Plaintiff files his second amended complaint;
4. If Plaintiff fails to file his second amended complaint on or before March 26, 2021, Defendants shall respond to the amended complaint within thirty (30) days from March 26, 2021.
5. If Defendants respond in the form of a motion to dismiss, Plaintiff's deadline to oppose the motion to dismiss will be thirty (30) days from the date Defendants file and serve their motion to dismiss.

Dated:  March 11, 2021                     Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:   */s/ Sarah N. Westcot*
            Sarah N. Westcot

Sarah N. Westcot (FBN:  1018272)
701 Brickell Avenue, Suite 1420
Miami, FL 33131

Telephone: (305) 330-5512
Facsimile:  (305) 676-9006
Email: swestcot@bursor.com


**BURSOR & FISHER, P.A.**
Andrew J. Obergfell (*pro hac vice* forthcoming)
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: 212-989-9163
Email: aobergfell@bursor.com


*/s/ Damien J. Marshall*
Damien J. Marshall


DAMIEN J. MARSHALL (FBN: 191302)
dmarshall@kslaw.com
**KING & SPALDING LLP**
1185 Avenue of the Americas, 34th Floor
New York, NY 10036
Tel: (212) 566-2100; Fax: (212) 556-2222

LISA R. BUGNI (FBN: 0648191)
lbugni@kslaw.com
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, CA 94111
Tel: (415) 318-1200; Fax: (415) 318-1300


## CERTIFICATE OF SERVICE

The undersigned certifies that on this 11th day of March, 2021, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system.

*/s/ Sarah N. Westcot*
Sarah N. Westcot