U.S. District Court
Middle District of Florida (Jacksonville)
CIVIL DOCKET FOR CASE #: 3:21-cv-00093-BJD-JBT
Internal Use Only

| | |
|---|---|
| Toomey v. Ripple Labs, Inc. et al | Date Filed: 01/25/2021 |
| Assigned to: Judge Brian J. Davis | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Joel B. Toomey | Nature of Suit: 370 Other Fraud |
| Demand: $5,000,000 | Jurisdiction: Diversity |
| Cause: 28:1332 Diversity-Fraud | |

**Plaintiff**

**Tyler Toomey**
*on behalf of themselves and all others similarly situated*

represented by **Sarah Westcot**
Bursor & Fisher, P.A.
701 Brickell Avenue., Suite 1420
Miami, FL 33133
305-330-5512
Fax: 305-676-9006
Email: swestcot@bursor.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Markas Sergalis**
*on behalf of themselves and all others similarly situated*

represented by **Sarah Westcot**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Ripple Labs, Inc.**

represented by **Damien Jerome Marshall**
King & Spalding LLP
1185 Avenue of the Americas., 34th Floor
New York, NY 10036
212-790-5357
Fax: 212-556-2222
Email: dmarshall@kslaw.com
*ATTORNEY TO BE NOTICED*

**Lisa Bugni**
Alston & Bird, LLP
One Atlantic Center Ste 4900
1201 W Peachtree St
Atlanta, GA 30309-3424
404-572-4677
Email: lbugni@kslaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**XRP II, LLC**

represented by **Lisa Bugni**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bradley Garlinghouse**        represented by   Lisa Bugni
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**MCO Malta Dax Limited**
*doing business as*
Crypto.com

**Defendant**

**Foris Dax Global Limited**
*doing business as*
Crypto.com

**Defendant**

**Foris Dax, Inc.**

**Defendant**

**Foris, Inc.**

**Defendant**

**Payward, Inc.**
*doing business as*
Kraken

| Date Filed | # | Docket Text |
|---|---|---|
| 01/25/2021 | 1 | COMPLAINT against Bradley Garlinghouse, Ripple Labs, Inc., XRP II, LLC with Jury Demand (Filing fee $ 402 receipt number 113A-17808431) filed by Tyler Toomey. (Attachments: # 1 Civil Cover Sheet, # 2 Proposed Summons, # 3 Proposed Summons, # 4 Proposed Summons)(Westcot, Sarah) Modified on 1/28/2021 as to Stricken per 4 Order. (KEM). (Entered: 01/25/2021) |
| 01/26/2021 | 2 | NEW CASE ASSIGNED to Judge Brian J. Davis and Magistrate Judge Joel B. Toomey. New case number: 3:21-cv-0093-J-39JBT. (SJB) (Entered: 01/26/2021) |
| 01/26/2021 | 3 | SUMMONS issued as to Bradley Garlinghouse, Ripple Labs, Inc., XRP II, LLC. (KEM) (Entered: 01/26/2021) |
| 01/27/2021 | 4 | **ORDER STRIKING 1 Complaint. Plaintiff shall have until February 8, 2021, to file an amended complaint that conforms with the directives in this Order, the Federal Rules of Civil Procedure and the Local Rules. Failure to do so can result in dismissal of this action. Signed by Judge Brian J. Davis on 1/27/2021. (AMP)** (Entered: 01/27/2021) |
| 01/28/2021 | 5 | AMENDED COMPLAINT *pursuant to the Court's 1/27/21 Order* against Bradley Garlinghouse, Ripple Labs, Inc., XRP II, LLC with Jury Demand. filed by Tyler Toomey. (Attachments: # 1 Exhibit A)(Westcot, Sarah) (Entered: 01/28/2021) |
| 02/02/2021 | 6 | NOTICE of Local Rule 3.02(a)(2), which requires the parties in every civil proceeding, except those described in subsection (d), to file a case management report (CMR) using the uniform form at www.flmd.uscourts.gov. The CMR must be filed (1) within forty |

| | | |
|---|---|---|
| | | days after any defendant appears in an action originating in this court, (2) within forty days after the docketing of an action removed or transferred to this court, or (3) within seventy days after service on the United States attorney in an action against the United States, its agencies or employees. Judges may have a special CMR form for certain types of cases listed in Rule 3.02(d). These forms can be found at www.flmd.uscourts.gov under the Forms tab for each judge. (Signed by Deputy Clerk). (CKS) (Entered: 02/02/2021) |
| 02/03/2021 | 7 | RETURN of service executed on 01/26/2021 by Tyler Toomey as to Ripple Labs, Inc.. (Westcot, Sarah) (Entered: 02/03/2021) |
| 02/03/2021 | 8 | RETURN of service executed on 01/26/2021 by Tyler Toomey as to XRP II, LLC. (Westcot, Sarah) (Entered: 02/03/2021) |
| 02/03/2021 | 9 | RETURN of service executed on 01/28/2021 by Tyler Toomey as to Bradley Garlinghouse. (Westcot, Sarah) (Entered: 02/03/2021) |
| 02/03/2021 | 10 | PROOF of service by Tyler Toomey (Westcot, Sarah) (Entered: 02/03/2021) |
| 02/03/2021 | 11 | PROOF of service by Tyler Toomey (Westcot, Sarah) (Entered: 02/03/2021) |
| 02/03/2021 | 12 | PROOF of service by Tyler Toomey (Westcot, Sarah) (Entered: 02/03/2021) |
| 02/08/2021 | 13 | NOTICE of Appearance by Lisa Bugni on behalf of Bradley Garlinghouse, Ripple Labs, Inc., XRP II, LLC (Bugni, Lisa) (Entered: 02/08/2021) |
| 02/08/2021 | 14 | Unopposed MOTION for Extension of Time to File Response to Amended Complaint by Bradley Garlinghouse, Ripple Labs, Inc., XRP II, LLC. (Bugni, Lisa) Motions referred to Magistrate Judge Joel B. Toomey. (Entered: 02/08/2021) |
| 02/09/2021 | 15 | **ENDORSED ORDER granting 14 Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiff's Amended Complaint. Defendants shall respond to the Amended Complaint on or before March 22, 2021. Signed by Magistrate Judge Joel B. Toomey on 2/9/2021. (TAM)** (Entered: 02/09/2021) |
| 02/16/2021 | 16 | Unopposed MOTION for Extension of Time to File Unopposed Motion To Extend Deadline To Move For Class Certification by Tyler Toomey. (Westcot, Sarah) Motions referred to Magistrate Judge Joel B. Toomey. (Entered: 02/16/2021) |
| 02/17/2021 | 17 | NOTICE of Appearance by Damien Jerome Marshall on behalf of Ripple Labs, Inc. (Marshall, Damien) (Entered: 02/17/2021) |
| 02/18/2021 | 18 | **ENDORSED ORDER granting 16 Plaintiff's Unopposed Motion to Extend Time to Comply With Former Local Rule 4.04(b). Plaintiff need not file a motion for class certification until further order of the Court. The parties shall propose a class certification briefing schedule in their case management report. Signed by Magistrate Judge Joel B. Toomey on 2/18/2021. (TAM)** (Entered: 02/18/2021) |
| 03/03/2021 | 19 | CORPORATE Disclosure Statement by Ripple Labs, Inc. identifying Corporate Parent Ripple Labs, Inc., Other Affiliate XRP II, LLC, Other Affiliate Bradley Garlinghouse for Ripple Labs, Inc... (Marshall, Damien) (Entered: 03/03/2021) |
| 03/10/2021 | 20 | MOTION for Andrew J. Obergfell to appear pro hac vice, Special Admission fee paid, Receipt No. 113A-17986575 for $150 by Tyler Toomey. (Westcot, Sarah) Motions referred to Magistrate Judge Joel B. Toomey. (Entered: 03/10/2021) |
| 03/10/2021 | 21 | CERTIFICATE of interested persons and corporate disclosure statement re 5 Amended Complaint by Tyler Toomey. (Westcot, Sarah) (Entered: 03/10/2021) |
| 03/11/2021 | 22 | Joint MOTION to Amend Complaint *Pursuant to Federal Rule of Civil Procedure* |

| | | |
|---|---|---|
| | | *15(A)(2) allowing Plaintiff to file a Second Amended Complaint, and proposing Briefing Schedule for Defendants' forthcoming Motion To Dismiss* by Tyler Toomey. (Westcot, Sarah) Modified docket text on 3/12/2021 (KEM). Modified event type and docket text per Chambers on 3/12/2021 (KEM). (Entered: 03/11/2021) |
| 03/12/2021 | 23 | **ENDORSED ORDER granting 20 Unopposed Motion for Admission Pro Hac Vice of Andrew J. Obergfell. If Mr. Obergfell has not already done so, he shall immediately register for a login and password for electronic filing at the Court's website at www.flmd.uscourts.gov. Signed by Magistrate Judge Joel B. Toomey on 3/12/2021. (TAM)** (Entered: 03/12/2021) |
| 03/12/2021 | 24 | **ENDORSED ORDER construing as a motion and granting 22 Joint Stipulation Pursuant to Federal Rule of Civil Procedure 15(a)(2) Allowing Plaintiff to File a Second Amended Complaint, and Proposing Briefing Schedule for Defendants' Forthcoming Motion to Dismiss. The Court approves the Stipulation and adopts the deadlines set forth therein. Signed by Magistrate Judge Joel B. Toomey on 3/12/2021. (TAM)** (Entered: 03/12/2021) |
| 03/18/2021 | 25 | CASE MANAGEMENT REPORT. (Westcot, Sarah) (Entered: 03/18/2021) |
| 03/26/2021 | 26 | AMENDED COMPLAINT *pursuant to March 12, 2021 Order* against Bradley Garlinghouse, Ripple Labs, Inc., XRP II, LLC, MCO Malta Dax Limited (d/b/a Crypto.com), Foris Dax Global Limited (d/b/a Crypto.com), Foris Dax, Inc., Foris, Inc., Payward, Inc. d/b/a Kraken with Jury Demand. filed by Tyler Toomey, Markas Sergalis. (Attachments: # 1 Exhibit A, # 2 Proposed Summons MCO Malta Dax Limited (d/b/a Crypto.com), # 3 Proposed Summons Foris Dax Global Limited (d/b/a Crypto.com), # 4 Proposed Summons Foris Dax, Inc., # 5 Proposed Summons Foris, Inc., # 6 Proposed Summons Payward, Inc. d/b/a Kraken)(Westcot, Sarah) (Entered: 03/26/2021) |
| 03/29/2021 | 27 | SUMMONS issued as to Foris Dax Global Limited, Foris Dax, Inc., Foris, Inc., MCO Malta Dax Limited, Payward, Inc.. (KEM) (Entered: 03/29/2021) |