| Attorney or Party without Attorney:<br>Sarah N Westcot, Esq.<br>BURSOR & FISHER, P.A.<br>701 BRICKELL AVENUE SUITE 1420<br>MIAMI, FL 33131<br>  Telephone No: 305-330-5512<br>  Attorney For: Plaintiff | | | | Ref. No. or File No.:<br>Toomey v Ripple | For Court Use Only |
|---|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>USDC Middle District of Florida | | | | | |
| Plaintiff: TYLER TOOMEY and MARKAS SERGALIS, on behalf of themselves and all others similarly situated<br>Defendant: RIPPLE LABS, INC., XRP II, LLC, BRADLEY GARLINGHOUSE, et al. | | | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:21-cv-00093-BJD-JBT | |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Sencond Amended Class Action Complaint

3. a. Party served:    Payward, Inc. d/b/a Kraken
   b. Person served:   Gary Damiani, Harvard Business Services, Inc., Registered Agent , served under F.R.C.P. Rule 4.

4. Address where the party was served:   16192 Coastal Hwy, Lewes, DE 19958

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Mar 29 2021 (2) at: 03:47 PM

6. **Person Who Served Papers:**
   a. Sean Boykevich
   **b. FIRST LEGAL**
      3600 Lime Street, Suite 626
      RIVERSIDE, CA 92501
   c. (888) 599-5039

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

3/31/21
(Date)                           (Signature)



|  |  |  |
|---|---|---|
|  | PROOF OF SERVICE | 5510773<br>(340947) |