## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

I, Markas Sergalis, declare as follows:

1. I have reviewed the Second Amended Class Action Complaint and have authorized its filing.

2. I did not purchase the security that is the subject of the complaint (XRP) at the direction of plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

3. I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. My purchase history is set forth in the chart attached hereto as Exhibit A. In total, I bought 410,687.8118 XRP.

5. I have not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws.

6. I will not accept any payment for serving as a representative party beyond my pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this day April 1, 2021.

Signature: _MS_____.

Name: Markas Sergalis

1

# Exhibit A

## Markas Sergalis

| Pair | Date | Buy/Sell | Order Type | Price | Cost | Fee | Volume |
|---|---|---|---|---|---|---|---|
| XXRPZUSD | 11/30/2017 | buy | market | 0.24694 | 32.00725157 | 0.08321885 | 129.6155 |
| XXRPZUSD | 11/30/2017 | buy | market | 0.24696 | 24.00737674 | 0.06241918 | 97.2116 |
| XXRPZUSD | 11/30/2017 | buy | market | 0.24698 | 186.0186428 | 0.48364847 | 753.1729 |
| XXRPZUSD | 12/14/2017 | buy | market | 0.85 | 3527.5 | 9.1715 | 4150 |
| XXRPZUSD | 12/27/2017 | buy | market | 1.13 | 5537 | 12.1814 | 4900 |
| XXRPZUSD | 1/5/2018 | sell | market | 2.509 | 2509 | 5.018 | 1000 |
| XXRPZUSD | 1/5/2018 | sell | market | 2.5005 | 6251.25 | 12.5025 | 2500 |
| XXRPZUSD | 1/5/2018 | sell | market | 2.5 | 16305 | 32.61 | 6522 |
| XXRPZUSD | 1/5/2018 | buy | market | 2.72402 | 301.1698547 | 0.60233971 | 110.5608089 |
| XXRPZUSD | 1/5/2018 | buy | market | 2.75 | 6334.827972 | 12.66965594 | 2303.573808 |
| XXRPZUSD | 1/5/2018 | buy | market | 2.753 | 1927.1 | 3.8542 | 700 |

| XXRPZUSD | 1/5/2018 | buy | market | 2.77 | 2770 | 5.54 | 1000 |
|---|---|---|---|---|---|---|---|
| XXRPZUSD | 1/5/2018 | buy | market | 2.775 | 8325 | 16.65 | 3000 |
| XXRPZUSD | 1/5/2018 | buy | market | 2.76346 | 305.5303731 | 0.61106075 | 110.5608089 |
| XXRPZUSD | 1/5/2018 | buy | market | 2.76346 | 4966.779299 | 9.9335586 | 1797.304574 |
| XXRPXXBT | 1/6/2018 | buy | limit | 0.000165 | 0.015238235 | 0.000015238 | 92.35293937 |
| XXRPXXBT | 1/6/2018 | buy | limit | 0.000165 | 0.149761765 | 0.000149762 | 907.6470606 |
| XXRPZUSD | 1/16/2018 | sell | market | 1.01485 | 10171.04185 | 0 | 10022.212 |
| XXRPZUSD | 1/18/2018 | buy | market | 1.65 | 9900 | 0 | 6000 |
| XXRPZUSD | 1/19/2018 | sell | market | 1.57146146 | 9428.768759 | 0 | 6000 |
| XXRPZUSD | 1/19/2018 | buy | market | 1.63888453 | 9669.418754 | 0 | 5900 |
| XXRPXXBT | 1/19/2018 | buy | market | 0.000142238 | 0.0142238 | 0 | 100 |
| XXRPZUSD | 2/2/2018 | sell | market | 0.85166948 | 5110.016887 | 11.24203715 | 6000 |
| XXRPZUSD | 2/9/2018 | buy | market | 0.91326296 | 6849.472183 | 17.80862768 | 7500 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| XXRPZUSD | 2/10/2018 | sell | market | 0.96811978 | 7260.898343 | 17.42615602 | 7500 |
| XXRPZUSD | 2/11/2018 | buy | market | 0.94930968 | 7119.8226 | 17.08757424 | 7500 |
| XXRPZUSD | 2/11/2018 | sell | market | 0.97247637 | 7293.572811 | 17.50457473 | 7500 |
| XXRPZUSD | 2/14/2018 | buy | market | 1.1 | 7574.112601 | 18.17787023 | 6885.55691 |
| XXRPZUSD | 2/14/2018 | sell | market | 1.13062 | 7784.3187 | 18.68236488 | 6885 |
| XXRPZUSD | 2/14/2018 | buy | market | 1.142 | 7747.0435 | 18.5929044 | 6783.750876 |
| XXRPZUSD | 2/14/2018 | sell | market | 1.13130725 | 7674.788411 | 18.41949219 | 6784 |
| XXRPZUSD | 2/15/2018 | buy | market | 1.12418 | 7639.561791 | 16.80703594 | 6795.674884 |
| XXRPZUSD | 3/3/2018 | sell | market | 0.89817005 | 6017.739324 | 14.44257438 | 6700 |
| XXRPZUSD | 10/16/2018 | buy | market | 0.45923714 | 15113.14381 | 39.2941739 | 32909.23668 |
| XXRPZUSD | 11/23/2018 | sell | market | 0.40065308 | 13221.55167 | 34.37603434 | 33000 |
| XXRPZUSD | 12/19/2018 | buy | market | 0.37575742 | 15864.25615 | 41.24706598 | 42219.40832 |
| XXRPZUSD | 3/25/2019 | sell | market | 0.3011 | 1272.036093 | 3.30729384 | 4224.63 |

4

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| XXRPZUSD | 3/25/2019 | sell | market | 0.30013609 | 11372.30603 | 29.56799567 | 37890.49821 |
| XXRPZUSD | 4/1/2019 | buy | limit | 0.31122871 | 8446.811034 | 21.96170869 | 27140.205 |
| XXRPZUSD | 4/1/2019 | buy | limit | 0.31147 | 4161.175349 | 6.65788056 | 13359.795 |
| XXRPZUSD | 4/3/2019 | buy | limit | 0.35 | 2720.586942 | 4.8970565 | 7773.105549 |
| XXRPZUSD | 4/3/2019 | buy | limit | 0.35 | 150.5 | 0.2709 | 430 |
| XXRPZUSD | 4/3/2019 | buy | limit | 0.35 | 50.12552907 | 0.09022595 | 143.2157974 |
| XXRPZUSD | 4/3/2019 | buy | limit | 0.35 | 2328.787529 | 4.19181755 | 6653.678654 |
| XXRPZUSD | 4/3/2019 | sell | market | 0.344 | 2673.948309 | 6.9522656 | 7773.105549 |
| XXRPZUSD | 4/3/2019 | sell | market | 0.344 | 147.92 | 0.384592 | 430 |
| XXRPZUSD | 4/3/2019 | sell | market | 0.344 | 49.26623429 | 0.12809221 | 143.2157974 |
| XXRPZUSD | 4/3/2019 | sell | market | 0.344 | 2288.865457 | 5.95105019 | 6653.678654 |
| XXRPZUSD | 4/3/2019 | buy | limit | 0.369 | 93.59972751 | 0.16847951 | 253.6577981 |
| XXRPZUSD | 4/3/2019 | buy | limit | 0.369 | 736.2371587 | 1.32522689 | 1995.222652 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| XXRPZUSD | 4/3/2019 | buy | limit | 0.369 | 268.241335 | 0.4828344 | 726.9412873 |
| XXRPZUSD | 4/3/2019 | buy | limit | 0.369 | 596.673 | 1.0740114 | 1617 |
| XXRPZUSD | 4/3/2019 | buy | limit | 0.369 | 1808.1 | 3.25458 | 4900 |
| XXRPZUSD | 4/3/2019 | buy | limit | 0.369 | 1808.1 | 3.25458 | 4900 |
| XXRPZUSD | 4/3/2019 | buy | limit | 0.369 | 224.0487788 | 0.4032878 | 607.1782623 |
| XXRPZUSD | 4/3/2019 | buy | limit | 0.35 | 836.5566467 | 1.50580196 | 2390.161848 |
| XXRPZUSD | 4/3/2019 | buy | limit | 0.35 | 3500 | 6.3 | 10000 |
| XXRPZUSD | 4/3/2019 | buy | limit | 0.35 | 700 | 1.12 | 2000 |
| XXRPZUSD | 4/3/2019 | buy | limit | 0.35 | 213.4433533 | 0.34150937 | 609.8381524 |
| XXRPZUSD | 5/1/2019 | sell | liquidation market | 0.30121 | 76.40426538 | 0.19865109 | 253.6577981 |
| XXRPZUSD | 5/1/2019 | sell | liquidation market | 0.30121 | 600.9810151 | 1.56255064 | 1995.222652 |
| XXRPZUSD | 5/1/2019 | sell | liquidation market | 0.30121 | 218.9619851 | 0.56930116 | 726.9412873 |
| XXRPZUSD | 5/1/2019 | sell | liquidation market | 0.30119111 | 487.0260308 | 1.26626768 | 1617 |

6

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| XXRPZUSD | 5/1/2019 | sell | liquidation market | 0.30115 | 1475.635 | 3.836651 | 4900 |
| XXRPZUSD | 5/1/2019 | sell | liquidation market | 0.30115 | 1475.635 | 3.836651 | 4900 |
| XXRPZUSD | 5/1/2019 | sell | liquidation market | 0.30134 | 182.9670976 | 0.47571445 | 607.1782623 |
| XXRPZUSD | 5/1/2019 | sell | liquidation market | 0.29928 | 715.3276378 | 1.85985186 | 2390.161848 |
| XXRPZUSD | 5/1/2019 | sell | liquidation market | 0.29928 | 2992.8 | 7.78128 | 10000 |
| XXRPZUSD | 5/1/2019 | sell | liquidation market | 0.29928 | 598.56 | 1.556256 | 2000 |
| XXRPZUSD | 5/1/2019 | sell | liquidation market | 0.29928 | 182.5123623 | 0.47453214 | 609.8381524 |
| XXRPXXBT | 5/29/2020 | sell | limit | 0.00002105 | 0.736915298 | 0.001179064 | 35007.85263 |
| XXRPXXBT | 5/29/2020 | sell | limit | 0.00002105 | 0.001160852 | 0.000001857 | 55.14736842 |
| XRPUSDT | 11/26/2020 | buy | limit | 0.581 | 789.7344173 | 1.26357507 | 1359.2675 |
| XRPUSDT | 11/26/2020 | buy | limit | 0.581 | 128.040572 | 0.20486492 | 220.379642 |
| XRPUSDT | 11/26/2020 | buy | limit | 0.581 | 189.23307099 | 0.30277291 | 325.7023595 |
| XRPUSDT | 11/26/2020 | buy | limit | 0.581 | 128.0253323 | 0.20484053 | 220.3534119 |
| XRPUSDT | 11/26/2020 | buy | limit | 0.581 | 160.135098 | 0.25621616 | 275.61979 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| XRPUSDT | 11/26/2020 | buy | limit | 0.581 | 1480.241206 | 2.36838593 | 2547.747343 |
| XRPUSDT | 11/26/2020 | buy | limit | 0.581 | 3359.50163 | 5.37520261 | 5782.27475 |
| XRPUSDT | 11/26/2020 | buy | limit | 0.581 | 349.3681688 | 0.55898907 | 601.3221494 |
| XRPUSDT | 11/26/2020 | buy | limit | 0.581 | 534.0693234 | 0.85451092 | 919.2243088 |
| XRPUSDT | 11/26/2020 | buy | limit | 0.581 | 601.2564614 | 0.96201034 | 1034.864822 |
| XRPUSDT | 11/26/2020 | buy | limit | 0.581 | 2324 | 3.7184 | 4000 |
| XRPUSDT | 11/26/2020 | buy | limit | 0.581 | 40.95686149 | 0.06553098 | 70.49373751 |
| XRPUSDT | 11/26/2020 | buy | limit | 0.581 | 592.1386927 | 0.94742191 | 1019.171588 |
| XRPUSDT | 11/26/2020 | buy | limit | 0.581 | 349.3681688 | 0.55898907 | 601.3221494 |
| XRPUSDT | 11/26/2020 | buy | limit | 0.581 | 128.1104917 | 0.20497679 | 220.4999856 |
| XRPUSDT | 11/26/2020 | buy | limit | 0.581 | 266.8588814 | 0.42697421 | 459.3096065 |
| XRPUSDT | 11/26/2020 | buy | limit | 0.581 | 1262.145331 | 2.01943253 | 2172.36718 |
| XRPUSDT | 11/26/2020 | buy | limit | 0.581 | 50.09394066 | 0.08015031 | 86.22020767 |
| XRPUSDT | 11/26/2020 | buy | limit | 0.581 | 7564.62 | 12.103392 | 13020 |
| XRPUSDT | 11/26/2020 | buy | limit | 0.581 | 50.09394064 | 0.08015031 | 86.22020765 |

| XRPUSDT | 11/26/2020 | buy | limit | 0.581 | 367.7149 | 0.58834384 | 632.9 |
| XRPUSDT | 11/26/2020 | buy | limit | 0.581 | 258.5142095 | 0.41362274 | 444.9470044 |
| XRPUSDT | 11/26/2020 | buy | limit | 0.581 | 308.4113073 | 0.49345809 | 530.8284119 |
| XRPUSDT | 11/26/2020 | buy | limit | 0.581 | 598.43 | 0.957488 | 1030 |
| XRPUSDT | 11/26/2020 | buy | limit | 0.581 | 86.53948217 | 0.13846317 | 148.9491948 |
| XRPUSDT | 11/27/2020 | sell | limit | 0.585 | 16367.24211 | 26.18758737 | 27978.19164 |
| XRPUSDT | 11/27/2020 | sell | limit | 0.585 | 5744.06377 | 8.04168928 | 9818.912428 |
| XRPUSDT | 11/27/2020 | sell | limit | 0.585 | 8.03044666 | 0.01124263 | 13.72725924 |
| XRPUSDT | 11/27/2020 | sell | limit | 0.585 | 0.0112269 | 0.00001572 | 0.01919129 |
| XRPUSDT | 11/27/2020 | sell | limit | 0.585 | 0.00001543 | 0.00000002 | 0.00002637 |
| XRPUSDT | 11/29/2020 | buy | limit | 0.55 | 230.1388921 | 0.32219445 | 418.4343493 |
| XRPUSDT | 11/29/2020 | buy | limit | 0.55 | 0.50519413 | 0.00070727 | 0.91853479 |
| XRPUSDT | 11/29/2020 | buy | limit | 0.55 | 0.00093323 | 0.00000131 | 0.00169678 |
| XRPUSDT | 11/29/2020 | buy | limit | 0.55 | 16.45721125 | 0.0230401 | 29.92220227 |
| XRPUSDT | 11/29/2020 | buy | limit | 0.55 | 0.04267779 | 0.00005975 | 0.07759598 |
| XRPUSDT | 11/29/2020 | buy | limit | 0.55 | 0.00011068 | 0.00000015 | 0.00020123 |
| XRPUSDT | 11/29/2020 | buy | limit | 0.55 | 0.00000029 | 0 | 0.00000052 |
| XRPUSDT | 11/29/2020 | buy | limit | 0.55 | 13514.81953 | 18.92074735 | 24572.39915 |
| XRPUSDT | 11/29/2020 | buy | limit | 0.55 | 35.04740753 | 0.04906637 | 63.72255914 |

| XRPUSDT | 11/29/2020 | buy | limit | 0.55 | 0.09088695 | 0.00012724 | 0.165249 |
|---|---|---|---|---|---|---|---|
| XRPUSDT | 11/29/2020 | buy | limit | 0.55 | 0.0002357 | 0.00000033 | 0.00042854 |
| XRPUSDT | 11/29/2020 | buy | limit | 0.55 | 0.00000061 | 0 | 0.00000111 |
| XRPUSDT | 11/29/2020 | buy | limit | 0.55 | 414.621232 | 0.58046972 | 753.8567855 |
| XRPUSDT | 11/29/2020 | buy | limit | 0.55 | 1.07521963 | 0.00150531 | 1.95494478 |
| XRPUSDT | 11/29/2020 | buy | limit | 0.55 | 0.00278832 | 0.0000039 | 0.00506968 |
| XRPUSDT | 11/29/2020 | buy | limit | 0.55 | 0.00000716 | 0.00000001 | 0.00001302 |
| XRPUSDT | 12/9/2020 | buy | limit | 0.55 | 23.21297868 | 0.03249817 | 42.20541578 |
| XRPUSDT | 12/9/2020 | buy | limit | 0.55 | 606.6017425 | 0.84924244 | 1102.912259 |
| XRPUSDT | 12/9/2020 | buy | limit | 0.55 | 507.2273821 | 0.71011833 | 922.2316038 |
| XRPUSDT | 12/9/2020 | buy | limit | 0.55 | 245.3 | 0.34342 | 446 |
| XRPUSDT | 12/9/2020 | buy | limit | 0.55 | 522.06 | 0.730884 | 949.2 |
| XRPUSDT | 12/9/2020 | buy | limit | 0.55 | 1471.25 | 2.05975 | 2675 |
| XRP/USDT | 12/9/2020 | buy | limit | 0.55 | 343.75 | 0.48125 | 625 |
| XRP/USDT | 12/9/2020 | buy | limit | 0.55 | 1074.762973 | 1.50466816 | 1954.114497 |
| XRP/USDT | 12/9/2020 | buy | limit | 0.55 | 1074.762973 | 1.50466816 | 1954.114497 |
| XRP/USDT | 12/9/2020 | buy | limit | 0.55 | 670.9789705 | 0.80517476 | 1219.961765 |
| XRP/USDT | 1/31/2021 | buy | limit | 0.455 | 9555 | 15.288 | 21000 |
| XRP/USDT | 2/12/2021 | sell | limit | 0.55 | 1650 | 2.64 | 3000 |
| XRP/USDT | 2/12/2021 | sell | limit | 0.55 | 1630.349746 | 2.60855959 | 2964.272265 |

| XRP/USDT | 2/12/2021 | sell | limit | 0.55 | 1630.349746 | 2.60855959 | 2964.272265 |
|---|---|---|---|---|---|---|---|
| XRP/USDT | 2/12/2021 | sell | limit | 0.55 | 104.1262635 | 0.16660202 | 189.3204791 |
| XRP/USDT | 2/12/2021 | sell | limit | 0.55 | 401.94 | 0.643104 | 730.8 |
| XRP/USDT | 2/12/2021 | sell | limit | 0.55 | 1039.94 | 1.663904 | 1890.8 |
| XRP/USDT | 2/12/2021 | sell | limit | 0.55 | 1650 | 2.64 | 3000 |
| XRP/USDT | 2/12/2021 | sell | limit | 0.55 | 1039.980614 | 1.66396898 | 1890.873845 |
| XRP/USDT | 2/12/2021 | sell | limit | 0.55 | 1039.155196 | 1.66264831 | 1889.373084 |
| XRP/USDT | 2/12/2021 | sell | limit | 0.55 | 1361.979267 | 2.17916683 | 2476.32594 |
| XRP/USDT | 2/12/2021 | sell | limit | 0.55 | 2.17568573 | 0.0034811 | 3.95579223 |
| XRP/USDT | 2/12/2021 | sell | limit | 0.55 | 0.00347554 | 0.00000556 | 0.00631916 |
| XRP/USDT | 2/12/2021 | sell | limit | 0.55 | 0.00000555 | 0.00000001 | 0.00001009 |
| XRP/USDT | 2/15/2021 | buy | limit | 0.535 | 10700 | 17.12 | 20000 |
| XRP/USDT | 2/15/2021 | sell | limit | 0.54 | 89.154 | 0.1426464 | 165.1 |
| XRP/USDT | 2/15/2021 | sell | limit | 0.54 | 536.436 | 0.8582976 | 993.4 |
| XRP/USDT | 2/15/2021 | sell | limit | 0.54 | 417.204 | 0.6675264 | 772.6 |
| XRP/USDT | 2/15/2021 | sell | limit | 0.54 | 1251.342 | 2.0021472 | 2317.3 |
| XRP/USDT | 2/15/2021 | sell | limit | 0.54 | 1141.83 | 1.826928 | 2114.5 |
| XRP/USDT | 2/15/2021 | sell | limit | 0.54 | 618.6884194 | 0.98990147 | 1145.719295 |
| XRP/USDT | 2/15/2021 | sell | limit | 0.54 | 1368.09 | 2.188944 | 2533.5 |
| XRP/USDT | 2/15/2021 | sell | limit | 0.54 | 831.5782995 | 1.33052528 | 1539.959814 |

| XRP/USDT | 2/15/2021 | sell | limit | 0.54 | 4538.415816 | 7.26146531 | 8404.473733 |
|---|---|---|---|---|---|---|---|
| XRP/USDT | 2/15/2021 | sell | limit | 0.54 | 7.24986552 | 0.01159978 | 13.42567689 |
| XRP/USDT | 2/15/2021 | sell | limit | 0.54 | 0.01158126 | 0.00001853 | 0.02144677 |
| XRP/USDT | 2/15/2021 | sell | limit | 0.54 | 0.0000185 | 0.00000003 | 0.00003426 |
| XRP/USDT | 2/23/2021 | buy | limit | 0.451 | 236.47 | 0.378352 | 524.3237251 |
| XRP/USDT | 2/23/2021 | buy | limit | 0.451 | 50.51571225 | 0.08082514 | 112.0082312 |
| XRP/USDT | 2/23/2021 | buy | limit | 0.451 | 250 | 0.4 | 554.3237251 |
| XRP/USDT | 2/23/2021 | buy | limit | 0.451 | 122.4014 | 0.19584224 | 271.4 |
| XRP/USDT | 2/23/2021 | buy | limit | 0.451 | 846.5180172 | 1.35442883 | 1876.980082 |
| XRP/USDT | 2/23/2021 | buy | limit | 0.451 | 3644.464762 | 5.83114362 | 8080.853131 |
| XRP/USDT | 2/23/2021 | buy | limit | 0.451 | 8.00022199 | 0.01280036 | 17.73885142 |
| XRP/USDT | 2/23/2021 | buy | limit | 0.451 | 0.01756185 | 0.0000281 | 0.0389398 |
| XRP/USDT | 2/23/2021 | buy | limit | 0.451 | 0.00003855 | 0.00000006 | 0.00008548 |
| XRP/USDT | 2/23/2021 | buy | limit | 0.451 | 0.00000009 | 0 | 0.00000019 |
| XRP/USDT | 2/23/2021 | buy | limit | 0.451 | 4312.612286 | 6.90017966 | 9562.333229 |
| XRP/USDT | 3/20/2021 | sell | limit | 0.551 | 11552.51597 | 18.48402556 | 20966.45367 |
| XRP/USDT | 3/20/2021 | sell | limit | 0.551 | 18.45449836 | 0.0295272 | 33.4927375 |
| XRP/USDT | 3/20/2021 | sell | limit | 0.551 | 0.02948003 | 0.00004717 | 0.05350278 |
| XRP/USDT | 3/20/2021 | sell | limit | 0.551 | 0.00004709 | 0.00000008 | 0.00008546 |

12

| XRP/USDT | 3/21/2021 | buy | limit | 0.51 | 1693.270336 | 2.70923254 | 3320.137913 |
| XRP/USDT | 3/21/2021 | buy | limit | 0.51 | 1693.270336 | 2.70923254 | 3320.137913 |
| XRP/USDT | 3/21/2021 | buy | limit | 0.51 | 1693.270336 | 2.70923254 | 3320.137913 |
| XRP/USDT | 3/21/2021 | buy | limit | 0.51 | 860.850267 | 1.37736043 | 1687.9417 |
| XRP/USDT | 3/21/2021 | buy | limit | 0.51 | 1008.695034 | 1.61391205 | 1977.8334 |
| XRP/USDT | 3/21/2021 | buy | limit | 0.51 | 700.6436915 | 1.12102991 | 1373.81116 |
| XRP/USDT | 3/24/2021 | buy | limit | 0.485 | 4850 | 7.76 | 10000 |
| XRP/USDT | 4/1/2021 | buy | limit | 0.572 | 11440 | 18.304 | 20000 |

**Signature:** *Markas Sergalis*
Markas Sergalis (Apr 1, 2021 16:46 EDT)

13