# CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

I, Markas Sergalis, declare as follows:

1. I have reviewed the Second Amended Class Action Complaint and have authorized its filing.

2. I did not purchase the security that is the subject of the complaint (XRP) at the direction of plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

3. I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. My purchase history is set forth in the chart attached hereto as Exhibit A.

5. I have not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws.

6. I will not accept any payment for serving as a representative party beyond my pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this day April 15, 2021.

Signature: _MS (Apr 15, 2021 22:34 EDT)_ .

Name: Markas Sergalis

# Exhibit A

## Markas Sergalis

| PAIR | TIME | TYPE | ORDER TYPE | PRICE | COST | FEE | VOLUME |
|---|---|---|---|---|---|---|---|
| XRPUSDT | 2020-11-26 3:28:51 | Buy | Limit | 0.581 | 789.7344173 | 1.26357507 | 1359.2675 |
| XRPUSDT | 2020-11-26 3:28:51 | Buy | Limit | 0.581 | 128.040572 | 0.20486492 | 220.379642 |
| XRPUSDT | 2020-11-26 3:28:51 | Buy | Limit | 0.581 | 189.2330709 | 0.30277291 | 325.7023595 |
| XRPUSDT | 2020-11-26 3:28:52 | Buy | Limit | 0.581 | 128.0253323 | 0.20484053 | 220.3534119 |
| XRPUSDT | 2020-11-26 3:28:52 | Buy | Limit | 0.581 | 160.135098 | 0.25621616 | 275.61979 |
| XRPUSDT | 2020-11-26 3:28:52 | Buy | Limit | 0.581 | 1480.241206 | 2.36838593 | 2547.747343 |
| XRPUSDT | 2020-11-26 3:28:52 | Buy | Limit | 0.581 | 3359.50163 | 5.37520261 | 5782.27475 |
| XRPUSDT | 2020-11-26 3:28:52 | Buy | Limit | 0.581 | 349.3681688 | 0.55898907 | 601.3221494 |
| XRPUSDT | 2020-11-26 3:28:52 | Buy | Limit | 0.581 | 534.0693234 | 0.85451092 | 919.2243088 |
| XRPUSDT | 2020-11-26 3:28:52 | Buy | Limit | 0.581 | 601.2564614 | 0.96201034 | 1034.864822 |
| XRPUSDT | 2020-11-26 3:28:52 | Buy | Limit | 0.581 | 2324 | 3.7184 | 4000 |
| XRPUSDT | 2020-11-26 3:28:52 | Buy | Limit | 0.581 | 40.95686149 | 0.06553098 | 70.49373751 |
| XRPUSDT | 2020-11-26 3:28:52 | Buy | Limit | 0.581 | 592.1386927 | 0.94742191 | 1019.171588 |
| XRPUSDT | 2020-11-26 3:28:52 | Buy | Limit | 0.581 | 349.3681688 | 0.55898907 | 601.3221494 |
| XRPUSDT | 2020-11-26 3:28:52 | Buy | Limit | 0.581 | 128.1104917 | 0.20497679 | 220.4999856 |
| XRPUSDT | 2020-11-26 3:28:52 | Buy | Limit | 0.581 | 266.8588814 | 0.42697421 | 459.3096065 |
| XRPUSDT | 2020-11-26 3:28:53 | Buy | Limit | 0.581 | 1262.145331 | 2.01943253 | 2172.36718 |
| XRPUSDT | 2020-11-26 3:28:53 | Buy | Limit | 0.581 | 50.09394066 | 0.08015031 | 86.22020767 |
| XRPUSDT | 2020-11-26 3:28:53 | Buy | Limit | 0.581 | 7564.62 | 12.103392 | 13020 |
| XRPUSDT | 2020-11-26 3:28:53 | Buy | Limit | 0.581 | 50.09394064 | 0.08015031 | 86.22020765 |
| XRPUSDT | 2020-11-26 3:28:53 | Buy | Limit | 0.581 | 367.7149 | 0.58834384 | 632.9 |
| XRPUSDT | 2020-11-26 3:28:53 | Buy | Limit | 0.581 | 258.5142095 | 0.41362274 | 444.9470044 |
| XRPUSDT | 2020-11-26 3:28:53 | Buy | Limit | 0.581 | 308.4113073 | 0.49345809 | 530.8284119 |
| XRPUSDT | 2020-11-26 3:28:53 | Buy | Limit | 0.581 | 598.43 | 0.957488 | 1030 |
| XRPUSDT | 2020-11-26 3:28:53 | Buy | Limit | 0.581 | 86.53948217 | 0.13846317 | 148.9491948 |
| XRPUSDT | 2020-11-29 1:26:31 | Buy | Limit | 0.55 | 230.1388921 | 0.32219445 | 418.4343493 |

| XRPUSDT | 2020-11-29 1:26:31 | Buy | Limit | 0.55 | 0.50519413 | 0.00070727 | 0.00070727 |
|---|---|---|---|---|---|---|---|
| XRPUSDT | 2020-11-29 1:26:31 | Buy | Limit | 0.55 | 0.00093323 | 0.00000131 | 0.00169678 |
| XRPUSDT | 2020-11-29 1:26:31 | Buy | Limit | 0.55 | 16.45721125 | 0.0230401 | 29.92220227 |
| XRPUSDT | 2020-11-29 1:26:31 | Buy | Limit | 0.55 | 0.04267779 | 0.00005975 | 0.07759598 |
| XRPUSDT | 2020-11-29 1:26:31 | Buy | Limit | 0.55 | 0.00011068 | 0.00000015 | 0.00020123 |
| XRPUSDT | 2020-11-29 1:26:31 | Buy | Limit | 0.55 | 0.00000029 | 0 | 0.00000052 |
| XRPUSDT | 2020-11-29 1:26:31 | Buy | Limit | 0.55 | 13514.81953 | 18.92074735 | 24572.39915 |
| XRPUSDT | 2020-11-29 1:26:31 | Buy | Limit | 0.55 | 35.04740753 | 0.04906637 | 63.72255914 |
| XRPUSDT | 2020-11-29 1:26:31 | Buy | Limit | 0.55 | 0.09088695 | 0.00012724 | 0.165249 |
| XRPUSDT | 2020-11-29 1:26:31 | Buy | Limit | 0.55 | 0.0002357 | 0.00000033 | 0.00042854 |
| XRPUSDT | 2020-11-29 1:26:31 | Buy | Limit | 0.55 | 0.00000061 | 0 | 0.00000111 |
| XRPUSDT | 2020-11-29 1:26:31 | Buy | Limit | 0.55 | 414.621232 | 0.58046972 | 753.8567855 |
| XRPUSDT | 2020-11-29 1:26:31 | Buy | Limit | 0.55 | 1.07521963 | 0.00150531 | 1.95494478 |
| XRPUSDT | 2020-11-29 1:26:31 | Buy | Limit | 0.55 | 0.00278832 | 0.0000039 | 0.00506968 |
| XRPUSDT | 2020-11-29 1:26:31 | Buy | Limit | 0.55 | 0.00000716 | 0.00000001 | 0.00001302 |
| XRPUSDT | 2020-12-09 2:16:13 | Buy | Limit | 0.55 | 23.21297868 | 0.03249817 | 42.20541578 |
| XRPUSDT | 2020-12-09 2:16:16 | Buy | Limit | 0.55 | 606.6017425 | 0.84924244 | 1102.912259 |
| XRPUSDT | 2020-12-09 2:16:24 | Buy | Limit | 0.55 | 507.2273821 | 0.71011833 | 922.2316038 |
| XRPUSDT | 2020-12-09 2:16:25 | Buy | Limit | 0.55 | 245.3 | 0.34342 | 446 |
| XRPUSDT | 2020-12-09 2:18:14 | Buy | Limit | 0.55 | 522.06 | 0.730884 | 949.2 |
| XRPUSDT | 2020-12-09 2:18:14 | Buy | Limit | 0.55 | 1471.25 | 2.05975 | 2675 |
| XRPUSDT | 2020-12-09 2:18:20 | Buy | Limit | 0.55 | 343.75 | 0.48125 | 625 |
| XRPUSDT | 2020-12-09 2:18:39 | Buy | Limit | 0.55 | 1074.762973 | 1.50466816 | 1954.114497 |
| XRPUSDT | 2020-12-09 2:19:01 | Buy | Limit | 0.55 | 1074.762973 | 1.50466816 | 1954.114497 |
| XRPUSDT | 2020-12-09 2:19:02 | Buy | Limit | 0.55 | 670.9789705 | 0.80517476 | 1219.961765 |
| XXRPXXBT | 2018-01-06 5:18:40 | Buy | Limit | 0.000165 | 0.015238235 | 0.000015238 | 92.35293937 |
| XXRPXXBT | 2018-01-06 5:18:50 | Buy | Limit | 0.000165 | 0.149761765 | 0.000149762 | 907.6470606 |
| XXRPXXBT | 2018-01-19 4:49:37 | Buy | Market | 0.000142238 | 0.0142238 | 0 | 100 |
| XXRPZUSD | 2017-11-30 1:42:31 | Buy | Market | 0.24694 | 32.00725157 | 0.08321885 | 129.6155 |
| XXRPZUSD | 2017-11-30 1:42:31 | Buy | Market | 0.24696 | 24.00737674 | 0.06241918 | 97.2116 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| XXRPZUSD | 2017-11-30 1:42:31 | Buy | Market | 0.24698 | 186.0186428 | 0.48364847 | 753.1729 |
| XXRPZUSD | 2017-12-14 21:40:57 | Buy | Market | 0.85 | 3527.5 | 9.1715 | 4150 |
| XXRPZUSD | 2017-12-27 16:43:00 | Buy | Market | 1.13 | 5537 | 12.1814 | 4900 |
| XXRPZUSD | 2018-01-05 4:00:15 | Buy | Market | 2.72402 | 301.1698547 | 0.60233971 | 110.5608089 |
| XXRPZUSD | 2018-01-05 4:00:15 | Buy | Market | 2.75 | 6334.827972 | 12.66965594 | 2303.573808 |
| XXRPZUSD | 2018-01-05 4:00:15 | Buy | Market | 2.753 | 1927.1 | 3.8542 | 700 |
| XXRPZUSD | 2018-01-05 4:00:15 | Buy | Market | 2.77 | 2770 | 5.54 | 1000 |
| XXRPZUSD | 2018-01-05 4:00:15 | Buy | Market | 2.775 | 8325 | 16.65 | 3000 |
| XXRPZUSD | 2018-01-05 4:00:25 | Buy | Market | 2.76346 | 305.5303731 | 0.61106075 | 110.5608089 |
| XXRPZUSD | 2018-01-05 4:00:25 | Buy | Market | 2.76346 | 4966.779299 | 9.9335586 | 1797.304574 |
| XXRPZUSD | 2018-01-18 19:52:44 | Buy | Market | 1.65 | 9900 | 0 | 6000 |
| XXRPZUSD | 2018-01-19 4:46:12 | Buy | Market | 1.63888453 | 9669.418754 | 0 | 5900 |
| XXRPZUSD | 2018-02-09 23:54:56 | Buy | Market | 0.91326296 | 6849.472183 | 17.80862768 | 7500 |
| XXRPZUSD | 2018-02-11 11:41:58 | Buy | Market | 0.94930968 | 7119.8226 | 17.08757424 | 7500 |
| XXRPZUSD | 2018-02-14 21:12:17 | Buy | Market | 1.1 | 7574.112601 | 18.17787023 | 6885.55691 |
| XXRPZUSD | 2018-02-14 21:34:36 | Buy | Market | 1.142 | 7747.0435 | 18.5929044 | 6783.750876 |
| XXRPZUSD | 2018-02-15 16:34:37 | Buy | Market | 1.12418 | 7639.561791 | 16.80703594 | 6795.674884 |
| XXRPZUSD | 2018-10-16 20:10:46 | Buy | Market | 0.45923714 | 15113.14381 | 39.2941739 | 32909.23668 |
| XXRPZUSD | 2018-12-19 12:54:00 | Buy | Market | 0.37575742 | 15864.25615 | 41.24706598 | 42219.40832 |
| XXRPZUSD | 2019-04-01 7:43:24 | Buy | Limit | 0.31122871 | 8446.811034 | 21.96170869 | 27140.205 |
| XXRPZUSD | 2019-04-01 7:43:25 | Buy | Limit | 0.31147 | 4161.175349 | 6.65788056 | 13359.795 |
| XXRPZUSD | 2019-04-03 4:19:25 | Buy | Limit | 0.35 | 2720.586942 | 4.8970565 | 7773.105549 |
| XXRPZUSD | 2019-04-03 4:19:25 | Buy | Limit | 0.35 | 150.5 | 0.2709 | 430 |
| XXRPZUSD | 2019-04-03 4:19:26 | Buy | Limit | 0.35 | 50.12552907 | 0.09022595 | 143.2157974 |
| XXRPZUSD | 2019-04-03 4:19:26 | Buy | Limit | 0.35 | 2328.787529 | 4.19181755 | 6653.678654 |
| XXRPZUSD | 2019-04-03 16:55:17 | Buy | Limit | 0.369 | 93.59972751 | 0.16847951 | 253.6577981 |
| XXRPZUSD | 2019-04-03 16:55:18 | Buy | Limit | 0.369 | 736.2371587 | 1.32522689 | 1995.222652 |
| XXRPZUSD | 2019-04-03 16:55:19 | Buy | Limit | 0.369 | 268.241335 | 0.4828344 | 726.9412873 |
| XXRPZUSD | 2019-04-03 16:55:33 | Buy | Limit | 0.369 | 596.673 | 1.0740114 | 1617 |
| XXRPZUSD | 2019-04-03 16:55:40 | Buy | Limit | 0.369 | 1808.1 | 3.25458 | 4900 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| XXRPZUSD | 2019-04-03 16:55:40 | Buy | Limit | 0.369 | 1808.1 | 3.25458 | 4900 |
| XXRPZUSD | 2019-04-03 16:55:41 | Buy | Limit | 0.369 | 224.0487788 | 0.4032878 | 607.1782623 |
| XXRPZUSD | 2019-04-03 22:43:50 | Buy | Limit | 0.35 | 836.5566467 | 1.50580196 | 2390.161848 |
| XXRPZUSD | 2019-04-03 22:43:50 | Buy | Limit | 0.35 | 3500 | 6.3 | 10000 |
| XXRPZUSD | 2019-04-03 22:43:50 | Buy | Limit | 0.35 | 700 | 1.12 | 2000 |
| XXRPZUSD | 2019-04-03 22:43:50 | Buy | Limit | 0.35 | 213.4433533 | 0.34150937 | 609.8381524 |
| XRPUSDT | 2020-11-27 1:35:16 | Sell | Limit | 0.585 | 16367.24211 | 26.18758737 | 27978.19164 |
| XRPUSDT | 2020-11-27 1:35:27 | Sell | Limit | 0.585 | 5744.06377 | 8.04168928 | 9818.912428 |
| XRPUSDT | 2020-11-27 1:35:27 | Sell | Limit | 0.585 | 8.03044666 | 0.01124263 | 13.72725924 |
| XRPUSDT | 2020-11-27 1:35:27 | Sell | Limit | 0.585 | 0.0112269 | 0.00001572 | 0.01919129 |
| XRPUSDT | 2020-11-27 1:35:27 | Sell | Limit | 0.585 | 0.00001543 | 0.00000002 | 0.00002637 |
| XXRPXXBT | 2020-05-29 17:01:29 | Sell | Limit | 0.00002105 | 0.736915298 | 0.001179064 | 35007.85263 |
| XXRPXXBT | 2020-05-29 17:01:29 | Sell | Limit | 0.00002105 | 0.001160852 | 0.000001857 | 55.14736842 |
| XXRPZUSD | 2018-01-05 2:34:52 | Sell | Market | 2.509 | 2509 | 5.018 | 1000 |
| XXRPZUSD | 2018-01-05 2:34:52 | Sell | Market | 2.5005 | 6251.25 | 12.5025 | 2500 |
| XXRPZUSD | 2018-01-05 2:34:52 | Sell | Market | 2.5 | 16305 | 32.61 | 6522 |
| XXRPZUSD | 2018-01-16 21:34:55 | Sell | Market | 1.01485 | 10171.04185 | 0 | 10022.212 |
| XXRPZUSD | 2018-01-19 4:05:28 | Sell | Market | 1.57146146 | 9428.768759 | 0 | 6000 |
| XXRPZUSD | 2018-02-02 4:18:48 | Sell | Market | 0.85166948 | 5110.016887 | 11.24203715 | 6000 |
| XXRPZUSD | 2018-02-10 19:00:17 | Sell | Market | 0.96811978 | 7260.898343 | 17.42615602 | 7500 |
| XXRPZUSD | 2018-02-11 17:17:48 | Sell | Market | 0.97247637 | 7293.572811 | 17.50457473 | 7500 |
| XXRPZUSD | 2018-02-14 21:32:11 | Sell | Market | 1.13062 | 7784.3187 | 18.68236488 | 6885 |
| XXRPZUSD | 2018-02-14 21:37:13 | Sell | Market | 1.13130725 | 7674.788411 | 18.41949219 | 6784 |
| XXRPZUSD | 2018-03-03 18:38:57 | Sell | Market | 0.89817005 | 6017.739324 | 14.44257438 | 6700 |
| XXRPZUSD | 2018-11-23 5:44:02 | Sell | Market | 0.40065308 | 13221.55167 | 34.37603434 | 33000 |
| XXRPZUSD | 2019-03-25 18:51:58 | Sell | Market | 0.3011 | 1272.036093 | 3.30729384 | 4224.63 |
| XXRPZUSD | 2019-03-25 18:54:57 | Sell | Market | 0.30013609 | 11372.30603 | 29.56799567 | 37890.49821 |
| XXRPZUSD | 2019-04-03 4:50:49 | Sell | Market | 0.344 | 2673.948309 | 6.9522656 | 7773.105549 |
| XXRPZUSD | 2019-04-03 4:50:49 | Sell | Market | 0.344 | 147.92 | 0.384592 | 430 |
| XXRPZUSD | 2019-04-03 4:50:49 | Sell | Market | 0.344 | 49.26623429 | 0.12809221 | 143.2157974 |

| XXRPZUSD | 2019-04-03 4:50:49 | Sell | Market | 0.344 | 2288.865457 | 5.95105019 | 6653.678654 |
|---|---|---|---|---|---|---|---|
| XXRPZUSD | 2019-05-01 17:49:25 | Sell | Liquidation Market | 0.30121 | 76.40426538 | 0.19865109 | 253.6577981 |
| XXRPZUSD | 2019-05-01 17:49:25 | Sell | Liquidation Market | 0.30121 | 600.9810151 | 1.56255064 | 1995.222652 |
| XXRPZUSD | 2019-05-01 17:49:25 | Sell | Liquidation Market | 0.30121 | 218.9619851 | 0.56930116 | 726.9412873 |
| XXRPZUSD | 2019-05-01 17:49:25 | Sell | Liquidation Market | 0.30119111 | 487.0260308 | 1.26626768 | 1617 |
| XXRPZUSD | 2019-05-01 17:49:26 | Sell | Liquidation Market | 0.30115 | 1475.635 | 3.836651 | 4900 |
| XXRPZUSD | 2019-05-01 17:49:26 | Sell | Liquidation Market | 0.30115 | 1475.635 | 3.836651 | 4900 |
| XXRPZUSD | 2019-05-01 17:51:57 | Sell | Liquidation Market | 0.30134 | 182.9670976 | 0.47571445 | 607.1782623 |
| XXRPZUSD | 2019-05-01 23:41:17 | Sell | Liquidation Market | 0.29928 | 715.3276378 | 1.85985186 | 2390.161848 |
| XXRPZUSD | 2019-05-01 23:41:17 | Sell | Liquidation Market | 0.29928 | 2992.8 | 7.78128 | 10000 |
| XXRPZUSD | 2019-05-01 23:41:17 | Sell | Liquidation Market | 0.29928 | 598.56 | 1.556256 | 2000 |
| XXRPZUSD | 2019-05-01 23:41:17 | Sell | Liquidation Market | 0.29928 | 182.5123623 | 0.47453214 | 609.8381524 |