UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| TYLER TOOMEY and MARKAS SERGALIS, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>- v. -<br><br>RIPPLE LABS, INC., XRP II, LLC, BRADLEY GARLINGHOUSE, MCO MALTA DAX LIMITED (D/B/A CRYPTO.COM), FORIS DAX GLOBAL LIMITED (D/B/A CRYPTO.COM), FORIS DAX, INC., FORIS, INC., PAYWARD, INC. D/B/A KRAKEN,<br><br>        Defendants. | Civil Action No. 3:21-cv-00093 (BJD) (JBT) |

**UNOPPOSED MOTION FOR 30-DAY EXTENSION TO
RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant Payward, Inc. d/b/a/ Kraken ("Kraken") by and through its undersigned counsel, moves this Court for an order extending the time within which Kraken may file a responsive pleading to Plaintiffs' Second Amended Complaint until May 19, 2021. In support of this unopposed motion, Kraken states as follows:

1. Plaintiff Tyler Toomey first commenced this action on January 25, 2021. ECF No. 1. Movant was not a named defendant.

2. On January 27, 2021, the Court struck the Complaint on the grounds that it was an improper "shotgun" pleading. ECF No. 4.

3. On January 28, 2021, an Amended Complaint was filed, which did not name Movant as a defendant. ECF No. 5.

4. On March 11, 2021, Mr. Toomey and Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse (the "Ripple Defendants") filed a joint stipulation allowing Mr. Toomey to file a Second Amended Complaint and proposing a briefing schedule for the Ripple Defendants' forthcoming Motion to Dismiss. ECF No. 22.

5. On March 26, 2021, a Second Amended Complaint was filed adding a new class representative, Markas Sergalis (collectively the "Plaintiffs") and additional defendants, including Kraken for the first time. ECF No. 26.

6. Based on the affidavit of service filed with the Court, Kraken's response to Plaintiffs' Second Amended Complaint is currently due on April 19, 2021. ECF No. 30. Kraken and representatives for the Plaintiffs have been in discussions over the past two weeks. Kraken seeks a thirty-day extension of time, to May 19, 2020, to file a pleading in response to the Second Amended Complaint,

including a motion to dismiss, motion to compel arbitration, Answer or other responsive pleading.  Plaintiffs do not oppose this motion.

7. Fed. R. Civ. P. 6(b) gives the Court discretion to grant a motion to extend a deadline for good cause before the deadline expires.  The deadline to file a responsive pleading to the Plaintiffs' Second Amended Complaint has not yet expired.

8. There is good cause to grant Kraken's motion.  The unopposed motion for extension, if granted, will enable Kraken to continue discussions with Plaintiffs' counsel and to assemble necessary information to file a responsive pleading to the Second Amended Complaint, including a motion to dismiss, motion to compel arbitration, Answer or other pleading.  This motion is made in good faith, and is not interposed for any delay or prejudice.  Further, Plaintiffs have stated they do not oppose this motion.  The granting of this motion will not prejudice any of the parties to this action.

WHEREFORE, Kraken respectfully requests that the Court enter an order granting an extension to respond to Plaintiffs' Second Amended Complaint until May 19, 2021.

Dated: April 19, 2021               Respectfully submitted,

                                    /s/ Andrew C. Lourie
                                    Andrew C. Lourie (FBN: 87772)
                                    KOBRE & KIM LLP
                                    201 South Biscayne Blvd., Suite 1900

                                    Miami, Florida 33131  
                                    T: +1 305 967 6100  
                                    F: +1 305 967 6120  
                                    Andrew.Lourie@kobrekim.com

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), Kraken's attorneys conferred in good faith with Plaintiffs' attorneys in an attempt to resolve the issues raised by this motion, and Plaintiffs have stated that they do not object to the relief sought in this motion.

Respectfully submitted,

/s/ Andrew C. Lourie
Andrew C. Lourie

*Counsel for Defendant Payward, Inc. d/b/a/ Kraken*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 19th day of April, 2021, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system.

Respectfully submitted,

/s/ Andrew C. Lourie
Andrew C. Lourie

*Counsel for Defendant Payward, Inc. d/b/a/ Kraken*