UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| TYLER TOOMEY and MARKAS SERGALIS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>- v. -<br><br>RIPPLE LABS, INC., XRP II, LLC, BRADLEY GARLINGHOUSE, MCO MALTA DAX LIMITED (D/B/A CRYPTO.COM), FORIS DAX GLOBAL LIMITED (D/B/A CRYPTO.COM), FORIS DAX, INC., FORIS, INC., PAYWARD, INC. D/B/A KRAKEN,<br><br>Defendants. | Civil Action No. 3:21-cv-00093 (BJD) (JBT) |

**DEFENDANT'S DISCLOSURE STATEMENT PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03**

Pursuant to Local Rule 3.03, Defendant Payward, Inc. d/b/a/ Kraken ("Kraken") hereby discloses:

1.    Each person – including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity – that has or might have an interest in the outcome:

    a.  Tyler Toomey – Plaintiff

b. Markas Sergalis – Plaintiff

c. Sarah N. Westcot – Attorney for Plaintiffs

d. Andrew J. Obergfell – Attorney for Plaintiffs

e. Bursor & Fisher, P.A. – Law Firm for Plaintiffs

f. Ripple Labs Inc. – Defendant

g. Damien Jerome Marshall – Attorney for Defendant Ripple Labs Inc.

h. King & Spalding LLP – Law Firm for Defendant Ripple Labs Inc.

i. XRP II, LLC – Defendant

j. Bradley Garlinghouse – Defendant

k. Lisa Bugni – Attorney for Defendants Ripple Labs, Inc., XRP II, LLC, and Bradley Garlinghouse

l. Alston & Bird, LLP – Law Firm for Defendants Ripple Labs, Inc., XRP II, LLC, and Bradley Garlinghouse

m. MCO Malta Dax Limited d/b/a Crypto.com – Defendant

n. Fortis Dax Global Limited d/b/a/ Crypto.com – Defendant

o. Foris Dax, Inc. – Defendant

p. Foris, Inc. – Defendant

q. Payward, Inc. d/b/a/ Kraken – Defendant

r. Kobre & Kim LLP – Attorneys for Kraken

s.  Waymaker LLP – anticipated to make an appearance as counsel on behalf of Kraken

2. Each entity with publicly traded shares or debt potentially affected by the outcome:

None.

3. Each additional entity likely to actively participate, including in a bankruptcy proceeding of the debtor and each member of the creditors' committee:

None.

4. Each person arguably eligible for restitution:

Plaintiffs' Prayer for Relief seeks an order of restitution on behalf of three putative classes defined to include "all persons or entities in the State of Florida who purchased XRP," "all persons or entities who purchased XRP through Crypto.com," and "all persons or entities who purchased XRP through Kraken," and two subclasses defined to include "all persons or entities in the State of Florida who purchased XRP through Crypto.com" and "all persons or entities in the State of Florida who purchased XRP through Kraken."  ECF No. 26 at 42-43.  Kraken disputes that any person is entitled to restitution and, aside from the named Plaintiffs Tyler Toomey and Markas Sergalis, is unable at this time to identify any individual member of the putative class.

Pursuant to Federal Rule of Civil Procedure 7.1, Kraken identifies any parent corporation and any publicly held corporation owning 10% or more of its stock:

None.

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated: April 19, 2021

Respectfully submitted,

/s/ Andrew C. Lourie
Andrew C. Lourie (FBN: 87772)
KOBRE & KIM LLP
201 South Biscayne Blvd., Suite 1900
Miami, Florida 33131
T: +1 305 967 6100
F: +1 305 967 6120
Andrew.Lourie@kobrekim.com

*Counsel for Defendant Payward, Inc. d/b/a/ Kraken*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 19th day of April, 2021, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system.

Respectfully submitted,

/s/ Andrew C. Lourie
Andrew C. Lourie

*Counsel for Defendant Payward, Inc. d/b/a/ Kraken*