**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

TYLER TOOMEY and MARKAS SERGALIS,
on behalf of themselves and all others similarly
situated,

    Plaintiffs,

v.                                           Case No: 3:21-cv-00093

RIPPLE LABS, INC., XRP II, LLC,
BRADLEY GARLINGHOUSE, MCO
MALTA DAX LIMITED (D/B/A
CRYPTO.COM), FORIS DAX GLOBAL
LIMITED (D/B/A CRYPTO.COM), FORIS
DAX, INC., FORIS, INC., PAYWARD, INC.
D/B/A KRAKEN

    Defendants.

## DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 3.03

Pursuant to Local Rule 3.03, Plaintiffs Tyler Toomey and Markas Sergalis state as follows:

1.    Each person — including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity — that has or might have an interest in the outcome:

- Tyler Toomey (Plaintiff);
- Markas Sergalis (Plaintiff)
- Sarah N. Westcot (Counsel for Plaintiffs)
- Andrew J. Obergfell (Counsel for Plaintiffs)
- Bursor & Fisher, P.A. (Plaintiffs' law firm)
- Ripple Labs, Inc. (Defendant)
- XRP II, LLC (Defendant)
- Bradley Garlinghouse (Defendant)
- Damien Jerome Marshall (Counsel for Ripple Defendants)
- Lisa Bugni (Counsel for Ripple Defendants)
- Jessica England (Counsel for Ripple Defendant)
- King & Spalding LLP (Ripple Defendants' Law Firm)
- MCO Malta Dax Limited (d/b/a Crypto.com) (Defendant)
- Foris Dax Global Limited (d/b/a/ Crypto.com) (Defendant)

- Foris Dax, Inc. (Defendant)
- Foris, Inc. (Defendant)
- Payward, Inc. d/b/a Kraken (Defendant)
- Kobre & Kim LLP (Counsel for Kraken)
- Waymaker LLP (Counsel for Kraken)
- Putative class members as set forth in the Second Amended Class Action Complaint

2. Each entity with publicly traded shares or debt potentially affected by the outcome:

- None known at this time

3. Each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee

- None known at this time

4. Each person arguably eligible for restitution:

- Tyler Toomey
- Markas Sergalis
- All others similarly situated to Plaintiffs Toomey and Sergalis who are unknown at this time but will be revealed through discovery.

      I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated:  April 19, 2021

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:  */s/ Sarah N. Westcot*
       Sarah N. Westcot

Sarah N. Westcot (Fla. Bar No. 1018272)
701 Brickell Avenue, Suite 1420
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile:  (305) 676-9006
Email: swestcot@bursor.com

**BURSOR & FISHER, P.A.**
Andrew J. Obergfell (*pro hac vice*)

-3-

888 Seventh Avenue  
New York, NY 10019  
Telephone: (646) 837-7150  
Facsimile: 212-989-9163  
Email: aobergfell@bursor.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of April, 2021, the foregoing was filed electronically in accordance with the Court's guidelines, using the Court's CM/ECF system.

*/s/ Sarah N. Westcot*  
Sarah N. Westcot