**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

TYLER TOOMEY, et al.,

                Plaintiff,

   v.

                                 Case No.: 3:21-cv-00093-BJD-JBT

RIPPLE LABS, INC., et al.,

                Defendants.

_____/

**UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE***
**AND WRITTEN DESIGNATION AND CONSENT TO ACT**

Pursuant to M.D. Fla. Local Rule 2.01, Defendants Ripple Labs, Inc., XRP II, LLC, and

Bradley Garlinghouse by and through their undersigned attorney, moves this Court for an order

allowing Andrew J. Ceresney to appear *pro hac vice* in this Court as co-counsel on behalf of

Ripple Labs, Inc., XRP II, LLC, and Bradley Garlinghouse in the above-captioned case.  In

support of this motion Ripple Labs, Inc., XRP II, LLC, and Bradley Garlinghouse state:

1.      Andrew J. Ceresney and his law firm Debevoise & Plimpton LLP have been

retained to represent Defendants Ripple Labs, Inc., XRP II, LLC, and Bradley Garlinghouse as

co-counsel in proceedings before this court.

2.      Mr. Ceresney is not a resident of Florida and does not maintain a regular practice

of law within the state.

3.      Mr. Ceresney is an active member in good standing of the Bar of the state of New

York and is currently eligible to practice law in the U.S. District Courts for the Eastern District

of New York and the Southern District of New York and the United States Courts of Appeal for

the First and Second Circuits. His certificate of good standing with the New York bar is attached hereto as Exhibit A.

4.      Mr. Ceresney has not abused the privilege of special admission by maintaining a regular practice of law in Florida. He has not appeared in any state or federal court in Florida within the past thirty-six months.

5.      Mr. Ceresney satisfies the requirements for obtaining and maintaining general admission. Mr. Ceresney is familiar with, and will be governed by, the Local Rules of the United States District Court for the Middle District of Florida, including Rule 2.04 thereof.  Mr. Ceresney is familiar with, and will be governed by, the Code of Professional Responsibility and the other ethical limitations or requirements governing the professional behavior of members of The Florida Bar.

6.      Damien J. Marshall of the law firm King & Spalding LLP, 1185 Avenue of the Americas, 34th Floor, New York, NY, 10036, is a member of the Florida bar, lead counsel upon whom all notice and paper may be served, and who will be responsible for the progress of the case.

7.      Mr. Ceresney has paid the $150 enrollment fee contemporaneously with this filing and will complete the online CM/ECF attorney registration form promptly upon entry of an order granting this Motion.

WHEREFORE, Defendants Ripple Labs, Inc., XRP II, LLC, and Bradley Garlinghouse respectfully request this Court enter an order admitting Andrew J. Ceresney to practice before this court *pro hac vice.*

## RULE 3.01(g) CERTIFICATION

Pursuant to M.D. Fla. Local Rule 3.01(g), the undersigned has conferred with counsel for

Plaintiffs and is authorized to represent that the Plaintiffs do not oppose the entry of an order

granting this motion.

Dated: April 21, 2021

Respectfully submitted,

/s/ Damien J. Marshall
Damien J. Marshall (FBN: 191302)
dmarshall@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036
Tel: (212) 566-2100
Fax: (212) 556-2222

*Counsel for Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse*

## CERTIFICATE OF SERVICE

I certify that on April 21, 2021, I electronically filed the foregoing via the Court's CM/ECF

filing system, which will send a notice of filing to all counsel of record.

Dated: April 21, 2021                          Respectfully submitted,

                                               /s/ Damien J. Marshall
                                               Damien J. Marshall (FBN: 191302)
                                               dmarshall@kslaw.com
                                               KING & SPALDING LLP
                                               1185 Avenue of the Americas, 34th Floor
                                               New York, NY 10036
                                               Tel: (212) 566-2100
                                               Fax: (212) 556-2222

                                               *Counsel for Defendants Ripple Labs Inc., XRP II,*
                                               *LLC, and Bradley Garlinghouse*