UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TYLER TOOMEY, et al.,

                Plaintiff,

v.                                                                    Case No.: 3:21-cv-00093-BJD-JBT

RIPPLE LABS, INC., et al.,

                Defendants.
_____/

**UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE*
AND WRITTEN DESIGNATION AND CONSENT TO ACT**

      Pursuant to M.D. Fla. Local Rule 2.01, Defendants Ripple Labs, Inc., XRP II, LLC, and Bradley Garlinghouse., by and through their undersigned attorney, moves this Court for an order allowing Suzanne E. Nero to appear *pro hac vice* in this Court as co-counsel on behalf of Ripple Labs, Inc., XRP II, LLC, and Bradley Garlinghouse in the above-captioned case. In support of this motion Ripple Labs, Inc., XRP II, LLC, and Bradley Garlinghouse state:

      1.      Suzanne E. Nero and her law firm King & Spalding LLP have been retained to represent Defendants Ripple Labs, Inc., XRP II, LLC, and Bradley Garlinghouse as counsel in proceedings before this court.

      2.      Ms. Nero is not a resident of Florida and does not maintain a regular practice of law within the state.

      3.      Ms. Nero is an active member in good standing of the Bar of the state of California and is currently eligible to practice law in the U.S. District Courts for the Central District of California, Eastern District of California, Northern District of California, and

Southern District of California. Her certificate of good standing with the California bar is attached hereto as Exhibit A.

4. Ms. Nero has not abused the privilege of special admission by maintaining a regular practice of law in Florida. She has not appeared in any state or federal court in Florida within the past thirty-six months.

5. Ms. Nero satisfies the requirements for obtaining and maintaining general admission. Ms. Nero is familiar with, and will be governed by, the Local Rules of the United States District Court for the Middle District of Florida, including Rule 2.04 thereof.  Ms. Nero is familiar with, and will be governed by, the Code of Professional Responsibility and the other ethical limitations or requirements governing the professional behavior of members of The Florida Bar.

6. Damien J. Marshall of the law firm King & Spalding LLP, 1185 Avenue of the Americas, 34th Floor, New York, NY, 10036, is a member of the Florida bar, lead counsel upon whom all notice and paper may be served, and who will be responsible for the progress of the case.

7. Ms. Nero has paid the $150 enrollment fee contemporaneously with this filing and will complete the online CM/ECF attorney registration form promptly upon entry of an order granting this Motion.

WHEREFORE, Defendants Ripple Labs, Inc., XRP II, LLC, and Bradley Garlinghouse respectfully request this Court enter an order admitting Suzanne E. Nero to practice before this court *pro hac vice.*

## RULE 3.01(g) CERTIFICATION

Pursuant to M.D. Fla. Local Rule 3.01(g), the undersigned has conferred with counsel for Plaintiffs and is authorized to represent that the Plaintiffs do not oppose the entry of an order granting this motion.

Dated: April 21, 2021

Respectfully submitted,

/s/ Damien J. Marshall
Damien J. Marshall (FBN: 191302)
dmarshall@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036
Tel: (212) 566-2100
Fax: (212) 556-2222

*Counsel for Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse*

## CERTIFICATE OF SERVICE

I certify that on April 21, 2021, I electronically filed the foregoing via the Court's CM/ECF filing system, which will send a notice of filing to all counsel of record.

Dated: April 21, 2021

Respectfully submitted,

/s/ Damien J. Marshall
Damien J. Marshall (FBN: 191302)
dmarshall@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036
Tel: (212) 566-2100
Fax: (212) 556-2222

*Counsel for Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse*