# EXHIBIT A



# The State Bar of California

180 Howard Street, San Francisco, CA 94105

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

AttorneyRegulation@calbar.ca.gov
888-800-3400

April 13, 2021

Tran Le
King & Spalding LLP
50 California Street
Suite 3300
San Francisco, CA 94111

Re: State Bar Number 284894 – Suzanne E. Nero
Suzanne Nero

To Whom it May Concern:

In response to your recent request, enclosed please find the certificate(s) of standing for the above-referenced individual.

Should you need further information, please do not hesitate to contact 1-888-800-3400 or AttorneyRegulation@calbar.ca.gov.

Sincerely,

Dina DiLoreto
Attorney Regulation & Consumer Resources
The State Bar of California


Enclosure(s):

3    Standard


Delivery Method: Regular Mail
PH: 4153181280



**The State Bar of California**

180 Howard Street, San Francisco, CA 94105

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

AttorneyRegulation@calbar.ca.gov
888-800-3400

# CERTIFICATE OF STANDING

April 13, 2021

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, SUZANNE E. JAFFE, #284894 was admitted to the practice of law in this state by the Supreme Court of California on December 3, 2012; that at her request, on March 29, 2016, her name was changed to SUZANNE E. NERO on the records of the State Bar of California; that she has been since the date of admission, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*[signature]*

Dina DiLoreto
Custodian of Records