UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| TYLER TOOMEY and MARKAS SERGALIS, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RIPPLE LABS INC., XRP II, LLC, BRADLEY GARLINGHOUSE, MCO MALTA DAX LIMITED (D/B/A CRYPTO.COM), FORIS DAX GLOBAL LIMITED (D/B/A CRYPTO.COM), FORIS DAX, INC., FORIS, INC., PAYWARD, INC. D/B/A KRAKEN<br><br>Defendants. | Civil Action No. 3:21-cv-00093 |

**DEFENDANTS RIPPLE LABS INC., XRP II, LLC, AND BRADLEY GARLINGHOUSE'S MOTION REQUESTING LEAVE TO FILE A MOTION IN EXCESS OF 25 PAGES**

## UNOPPOSED MOTION REQUESTING LEAVE TO FILE A MOTION IN EXCESS OF 25 PAGES

Defendants Ripple Labs Inc., XRP II, LLC, a subsidiary of Ripple, and Bradley Garlinghouse, Ripple's CEO (collectively, "Ripple Defendants"), by and through their undersigned counsel, hereby respectfully move the Court for leave to file an over-length Motion to Transfer, Dismiss or Stay Plaintiffs' Second Amended Complaint for the reasons set forth herein.  The length of the proposed filing will not exceed thirty (30) pages, excluding caption and signatures.  Plaintiffs do not oppose this motion.

## MEMORANDUM OF LAW

Local Rule 3.01(d) allows a party to request leave to file a motion in excess of twenty-five (25) pages, so long as the party specifies the length of the proposed filing and does not include as an attachment the proposed motion.

The Ripple Defendants hereby request leave to file a Motion to Transfer, Dismiss or Stay Plaintiffs' Second Amended Complaint that does not exceed thirty (30) pages in length, excluding captions and signatures.  The reasons for this are as follows:

- Plaintiffs have filed a 68-page, 340 paragraph putative class action complaint asserting seven causes of action against the three Ripple Defendants.

- Although each Defendant is entitled to file its own motion to dismiss (or transfer, or stay) of 25-pages in length, the Ripple Defendants have identified tremendous efficiencies in filing a single motion on behalf of all three

- Defendants addressing common issues, rather than filing separate motions on behalf of each Defendant.
- The Ripple Defendants have also identified efficiencies in filing a single motion addressing its arguments in favor of transfer, dismissal and/or for a stay of the proceedings rather than filing these as separate motions.
- In order to fully present the factual background and legal arguments of (1) why this action should be transferred under the first-filed rule and 28 U.S.C. 1404(a), (2) why Plaintiffs' seven causes of action fail as a matter of law under Rule 12(b)(6) and Rule 9(b), and (3) in the alternative, why this matter should be stayed pending resolution of the first-filed action in the Northern District of California, the Ripple Defendants request an additional five (5) pages to the standard motion length.
- Fully understanding the legal basis for transfer, dismissal and/or a stay may conserve judicial resources and prevent this Court from unnecessarily spending time on an action which is properly transferred to another district and is otherwise insufficient as a matter of law.

The Ripple Defendants have communicated with Plaintiffs' counsel who do not oppose this motion.

**WHEREFORE**, the Ripple Defendants respectfully request leave to file a Motion to Transfer, Dismiss or Stay Plaintiffs' Second Amended Complaint that does not exceed thirty (30) pages in length.

DATED: April 22, 2021           Respectfully submitted,

                                */s/ Damien J. Marshall*
                                Damien J. Marshall

                                DAMIEN J. MARSHALL (FBN: 191302)
                                dmarshall@kslaw.com
                                **KING & SPALDING LLP**
                                1185 Avenue of the Americas, 34th Floor
                                New York, NY 10036
                                Tel: (212) 566-2100; Fax: (212) 556-2222

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)

I certify that, pursuant to Local Rule 3.01(g), counsel for Ripple conferred with counsel for Plaintiffs prior to the filing of this motion, and counsel for Plaintiffs stated that Plaintiffs do not oppose this motion.

                                */s/ Damien J. Marshall*
                                Damien J. Marshall

## CERTIFICATE OF SERVICE

I certify that on this 22nd day of April, a copy of the foregoing was electronically filed with the Clerk of this Court using the CM/ECF system, which will notify all counsel of record.

                                */s/ Damien J. Marshall*
                                Damien J. Marshall

3