UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| TYLER TOOMEY and MARKAS SERGALIS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RIPPLE LABS, INC., XRP II, LLC, BRADLEY GARLINGHOUSE, MCO MALTA DAX LIMITED (D/B/A CRYPTO.COM), FORIS DAX GLOBAL LIMITED (D/B/A CRYPTO.COM), FORIS DAX, INC., FORIS, INC., PAYWARD, INC. D/B/A KRAKEN<br><br>Defendants. | Civil Action No. 3:21-cv-00093-BJD-JBT<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT PAYWARD, INC. D/B/A KRAKEN ONLY** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Markas Sergalis hereby dismisses all claims in this action against Defendant Payward, Inc. d/b/a Kraken without prejudice. This notice pertains only to Markas Sergalis' claims against Defendant Payward, Inc. d/b/a Kraken, and does not affect any other Defendant in this action. None of the Defendants have served an Answer to Plaintiff Sergalis' Complaint, nor have they served a motion for summary judgment. Accordingly, the action (as it pertains to Defendant Payward, Inc. d/b/a Kraken only) may be dismissed without a court order.

Dated: May 5, 2021

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:   */s/ Sarah N. Westcot*
         Sarah N. Westcot

Sarah N. Westcot (FBN: 1018272)
701 Brickell Avenue, Suite 1420

Miami, FL 33131
Telephone: (305) 330-5512
Facsimile:  (305) 676-9006
Email: swestcot@bursor.com

**BURSOR & FISHER, P.A.**
Andrew J. Obergfell (*pro hac vice*)
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: 212-989-9163
Email: aobergfell@bursor.com

*Attorneys for Plaintiffs*