UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Jacksonville Division

| | |
|---|---|
| TYLER TOOMEY and MARKAS SERGALIS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RIPPLE LABS, INC., XRP II, LLC, BRADLEY GARLINGHOUSE, MCO MALTA DAX LIMITED (D/B/A CRYPTO.COM), FORIS DAX GLOBAL LIMITED (D/B/A CRYPTO.COM), FORIS DAX, INC., FORIS, INC.,<br><br>Defendants. | Civil Action No. 3:21-cv-00093-BJD-JBT |

**JOINT MOTION REGARDING BRIEFING SCHEDULE FOR DEFENDANTS RIPPLE LABS INC., XRP II, LLC, AND BRADLEY GARLINGHOUSE'S PENDING MOTION TO TRANSFER, DISMISS, OR STAY PLAINTIFFS' SECOND AMENDED COMPLAINT**

By Order dated March 12, 2021 (ECF No. 24), this Court entered an Order approving the parties' proposed briefing schedule for Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse's (collectively "Ripple") motion to dismiss as set forth in the parties' joint motion filed on March 11, 2021 (ECF No. 22). The joint motion contemplated that Plaintiffs would have thirty (30) days to file their opposition to Defendants' motion to dismiss from the date Defendants filed and served their motion to dismiss. *Id.* On April 26, 2021, Ripple filed an omnibus motion to transfer, dismiss, or stay Plaintiffs' Second Amended Complaint (ECF No. 45-46). Ripple filed their motion as a "Motion to Change Venue / Transfer Case." *Id.* Despite the additional relief requested in the motion and its designation as a motion to change venue, Plaintiffs and Ripple wish

1

to preserve the same briefing schedule as set forth in the March 11, 2021 joint motion (ECF No. 22) and approved by the Court in the March 12, 2021 Order (ECF No. 24).

As such, Plaintiffs and Ripple stipulate to the following briefing schedule, and respectfully request that the Court so order the following schedule:

1. Plaintiffs Tyler Toomey and Markas Sergalis' opposition to Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse's Motion To Transfer, Dismiss, Or Stay Plaintiffs' Second Amended Complaint And Memorandum Of Law In Support (ECF No. 45-46) shall be due on **May 26, 2021**.

Dated:  May 6, 2021

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:   */s/ Sarah N. Westcot*
          Sarah N. Westcot

Sarah N. Westcot (FBN: 1018272)
701 Brickell Avenue, Suite 1420,
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile:  (305) 676-9006
Email: swestcot@bursor.com

**BURSOR & FISHER, P.A.**
Andrew J. Obergfell (*pro hac vice*)
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
Email: aobergfell@bursor.com

By:  */s/ Damien J. Marshall*
         Damien J. Marshall

DAMIEN J. MARSHALL (FBN: 191302)
dmarshall@kslaw.com

**KING & SPALDING LLP**
1185 Avenue of the Americas, 34th Floor
New York, NY 10036
Tel: (212) 566-2100; Fax: (212) 556-2222

LISA R. BUGNI (FBN: 0648191)
lbugni@kslaw.com
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, CA 94111
Tel: (415) 318-1200; Fax: (415) 318-1300

## LOCAL RULE 3.01(g) CERTIFICATION

LOCAL RULE 3.01(g) CERTIFICATION Pursuant to Rule 3.01(g), Local Rules, United States District Court, Middle District of Florida, the undersigned has conferred with counsel for Defendants and Defendants consent to the requested relief.

By: */s/ Sarah N. Westcot*
Sarah N. Westcot

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 6, 2021, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system.

By: */s/ Sarah N. Westcot*
Sarah N. Westcot