UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| TYLER TOOMEY and MARKAS SERGALIS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RIPPLE LABS, INC., XRP II, LLC, BRADLEY GARLINGHOUSE, MCO MALTA DAX LIMITED (D/B/A CRYPTO.COM), FORIS DAX GLOBAL LIMITED (D/B/A CRYPTO.COM), FORIS DAX, INC., FORIS, INC.,<br><br>Defendants. | Civil Action No. 3:21-cv-00093-BJD-JBT |

**PLAINTIFFS TYLER TOOMEY AND MARKAS SERGALIS' UNOPPOSED MOTION REQUESTING LEAVE TO FILE A RESPONSE IN EXCESS OF 20 PAGES**

Plaintiffs Tyler Toomey and Markas Sergalis ("Plaintiffs"), by and through their undersigned counsel, hereby respectfully move the Court for leave to file an over-length opposition brief to Defendants' Motion to Transfer, Dismiss or Stay Plaintiffs' Second Amended Complaint for the reasons set forth herein. The length of the proposed filing will not exceed twenty-five (25) pages, excluding captions, tables of contents and authorities, and signatures. Defendants do not oppose this motion.

**MEMORANDUM OF LAW**

Pursuant to Local Rule 3.01(b), a "party responding to a motion may file a legal memorandum no longer than twenty pages inclusive of all parts." Local Rule 3.01(b) allows a

party to request leave to file a response in excess of twenty pages so long as the party specifies the need for the excess pages and the length of the proposed response.

In accordance with Local Rule 3.01(b), Plaintiffs therefore request leave to file a response in opposition to Defendants' Motion to Transfer, Dismiss, or Stay Plaintiffs' Second Amended Complaint that does not exceed twenty-five (25) pages in length, excluding captions, tables of contents and authorities, and signatures. Plaintiffs require additional pages beyond the twenty-page limit because of the importance and complexity of the issues underlying Defendants' motion. Accordingly, a short extension of the page limit will permit Plaintiffs to fully address Defendants' arguments. Moreover, Defendants have already filed a similar motion in this case (seeking permission to file a 30-page memorandum), which Plaintiffs did not oppose, and which the Court granted on April 23, 2021. [ECF No. 44]. Plaintiffs have conferred with opposing counsel on this matter and opposing counsel has confirmed that they do not oppose this motion.

WHEREFORE, Plaintiffs respectfully request leave to file a response in opposition to Defendants' Motion to Transfer, Dismiss or Stay Plaintiffs' Second Amended Complaint that does not exceed twenty-five (25) pages in length.

Dated:  May 14, 2021                                            Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:     */s/ Sarah N. Westcot*
             Sarah N. Westcot

Sarah N. Westcot (FBN:  1018272)
701 Brickell Avenue, Suite 1420
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile:  (305) 676-9006
Email: swestcot@bursor.com

                                **BURSOR & FISHER, P.A.**
Andrew J. Obergfell (*pro hac vice*)
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: 212-989-9163
Email: aobergfell@bursor.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 14th day of May, 2021, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system.

*/s/ Sarah N. Westcot*
Sarah N. Westcot