UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| TYLER TOOMEY and MARKAS SERGALIS, on behalf of himself and all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>RIPPLE LABS INC., XRP II, LLC, BRADLEY GARLINGHOUSE, MCO MALTA DAX LIMITED (D/B/A CRYPTO.COM), FORIS DAX GLOBAL LIMITED (D/B/A CRYPTO.COM), FORIS DAX, INC., FORIS, INC., PAYWARD, INC. D/B/A KRAKEN<br><br>        Defendants. | Civil Action No. 3:21-cv-00093 |

**UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY**

Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse (collectively, "Ripple") hereby respectfully move for leave to file, no later than three (3) days after the grant of this Motion, a reply of no more than six (6) pages to Plaintiffs' Opposition to Ripple's Motion to Stay Discovery (ECF No. 50).

The Local Rules of the United States District Court for the Middle District of Florida do not permit a party to file a reply without leave from the Court. M.D. Fla. R. 3.01(d). Ripple seeks leave from the Court to address (a) an opinion heavily relied upon by Plaintiffs in their opposition, and (b) a procedural development in this case that supports issuance of a stay pending the Court's consideration of Defendants' motion to transfer this case to the Northern District of California.

*First*, Plaintiffs rely almost entirely on *Tobias Holdings, Inc. v. Bank United Corp.*, 177 F. Supp. 2d 162 (S.D.N.Y. 2001), to support their assertion that the PSLRA stay does not apply to state law claims supported by diversity jurisdiction. This position is contrary to the plain text of the PSLRA, which stays "all discovery" in the entire "action." 15 U.S.C. § 77z-1(b)(1). Accordingly, *Tobias* is an "outlier" that is contradicted by other courts within its own district. *See Union Central Life Ins. Co. v. Ally Fin., Inc.*, No. 11 CIV. 2890 GBD JCF, 2012 WL 3553052, at *2 (S.D.N.Y. Aug. 17, 2012). Numerous courts have rejected *Tobias* and stayed discovery of state law claims supported by diversity jurisdiction. *See, e.g.*, *In re Gas Nat., Inc.*, No. 1:13-CV-02805, 2014 WL 12591691, at *3 (N.D. Ohio Apr. 3, 2014); *Gardner v. Major Auto. Companies*, No. 11-CV-1664 FB, 2012 WL 1230135, at *5 (E.D.N.Y. Apr. 12, 2012).

*Second*, after Ripple filed the instant motion to stay, Plaintiffs voluntarily dismissed a defendant, Payward Inc. d/b/a Kraken, from this action. In deciding Ripple's motion to transfer this case to the Northern District of California, one factor the Court will consider is the overlap of the parties between this action and the related, substantially similar cases now pending there. With the dismissal of Kraken, the only defendants remaining in this case are the Ripple defendants (who are also defendants in California) and the Crypto.com defendants (who are foreign entities that have not yet been served). Accordingly, the dismissal of Kraken increases the overlap of the parties between this case and those pending in California, which further supports issuance of a stay pending the Court's resolution of Defendants' motion to transfer.

Accordingly, Ripple respectfully requests that this Court grant it leave to file a reply brief in further support of its Motion to Stay Discovery.

DATED: May 20, 2021

Respectfully submitted,

/s/ Damien J. Marshall
DAMIEN J. MARSHALL (FBN: 191302)
dmarshall@kslaw.com
**KING & SPALDING LLP**
1185 Avenue of the Americas, 34th Floor
New York, NY 10036
Tel: (212) 566-2100; Fax: (212) 556-2222

SUZANNE E. NERO (pro hac vice)
snero@kslaw.com
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, CA 94111
Tel: (415) 318-1200; Fax: (415) 318-1300

ANDREW J. CERESNEY (pro hac vice)
aceresney@debevoise.com
**DEBEVOISE & PLIMPTON LLP**
919 Third Avenue
New York, NY 10022
Tel: (212) 909-6000; Fax: (212) 909-6836

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)

I certify that, pursuant to Local Rule 3.01(g), counsel for Defendants conferred with counsel for Plaintiffs prior to the filing of this motion, and counsel for Plaintiffs stated that Plaintiffs do not oppose this motion.

/s/ Damien J. Marshall
Damien J. Marshall

## **CERTIFICATE OF SERVICE**

I certify that on this 20th day of May 2021, a copy of the foregoing was electronically filed with the Clerk of this Court using the CM/ECF system, which will notify all counsel of record.

                                                */s/ Damien J. Marshall*
                                                Damien J. Marshall