# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| TYLER TOOMEY and MARKAS SERGALIS, on behalf of themselves and all others similarly situated,<br><br>         Plaintiffs,<br><br>v.<br><br>RIPPLE LABS, INC., XRP II, LLC, BRADLEY GARLINGHOUSE, MCO MALTA DAX LIMITED (D/B/A CRYPTO.COM), FORIS DAX GLOBAL LIMITED (D/B/A CRYPTO.COM), FORIS DAX, INC., FORIS, INC.,<br><br>         Defendants. | Case No. 3:21-cv-00093-BJD-JBT |

**DECLARATION OF SARAH N. WESTCOT IN SUPPORT OF THE MOTION OF PLAINTIFF TYLER TOOMEY TO APPOINT LEAD PLAINTIFF AND APPROVE HIS SELECTION OF LEAD COUNSEL**

I, Sarah N. Westcot, declare as follows:

1. I am a partner at Bursor & Fisher, P.A. ("Bursor & Fisher"). I am an attorney at law licensed to practice in the State of Florida, and I am a member of the bar of this Court. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently thereto. I make this declaration in support of the motion of Plaintiff Tyler Toomey to Appoint Lead Plaintiff and Approve his Selection of Lead Counsel.

2. My office is located in Miami, Florida. I am very familiar with this Court's rules and procedures having litigated and appeared before this Court.

3. Attached hereto as **Exhibit A** is a true and correct copy of the publication dated April 2, 2021, titled: "Pendency of Federal Securities Claims Against Crypto.com and Kraken Regarding XRP Tokens ("XRP") and Related Lead Plaintiff Deadline".

4. Attached hereto as **Exhibit B** is a true and correct copy of the Order Appointing Bursor & Fisher, P.A. Lead Plaintiff *Kwon v. Robinhood Financial LLC et al*, Case No. 4:20-cv-09328-YGR (N.D. Cal).

5. Attached hereto as **Exhibit C** is a true and correct copy of the Firm Resume.

I declare under the penalty of perjury under the law of the State of Florida that the foregoing is true and correct, executed on June 1, 2021 at Miami, Florida.

1

Dated: June 1, 2021          Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:  */s/ Sarah N. Westcot*
          Sarah N. Westcot

Sarah N. Westcot (FBN: 1018272)
701 Brickell Avenue, Suite 1420
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
Email: swestcot@bursor.com


*Attorney for Plaintiffs*