**EXHIBIT A**



# Bursor & Fisher P.A. Announces Pendency of Federal Securities Claims Against Crypto.com and Kraken Regarding XRP Tokens ("XRP") and Related Lead Plaintiff Deadline

April 02, 2021 04:05 PM Eastern Daylight Time

MIAMI--(BUSINESS WIRE)--Bursor & Fisher, P.A., a consumer rights litigation firm, announces that a lawsuit is pending in the Middle District of Florida that alleges that MCO Malta Dax Limited (d/b/a Crypto.com), Foris Dax Global Limited (d/b/a Crypto.com), Foris Dax, Inc., Foris, Inc. (collectively "Crypto.com"), and Payward, Inc. d/b/a Kraken ("Kraken") "participated in the sale of XRP [and] has engaged in the unlawful offer and sale of securities in violation of Sections 5(a) and 5(c) of the Securities Act of 1933 ("Securities Act"). 15 U.S.C. §§ 77e(a) and 77e(c)." The lawsuit alleges claims for Unregistered Offer and Sale of Securities in Violation of Sections 5 and 12(a)(1) of the Securities Act of 1933, Violation of Florida's Deceptive and Unfair Trade Practices Act, Unjust Enrichment, and Money Had and Received. The lawsuit, captioned *Toomey, et al. v. Ripple Labs, Inc., et al.*, is pending under docket number 3:21-cv-00093-BJD-JBT.

The federal securities claims are brought under Sections 5 and Section 12(a)(1) of the Securities Act, 15 U.S.C. §§ 77e and 77l, on behalf of all persons or entities who purchased XRP through Crypto.com, all persons or entities in the State of Florida who purchased XRP through Crypto.com, all persons or entities who purchased XRP through Kraken, and all persons or entities in the State of Florida who purchased XRP through Kraken. The class period for the federal securities claims is January 25, 2018 through the present.

Pursuant to the Private Securities Litigation Reform Act ("PLSRA"), 15 U.S.C. § 77z-1(a)(3)(A)(i)(II), any member of the purported class seeking to serve as lead plaintiff of the purported class shall, no later than 60 days after the date on which this notice is published, move the Court for appointment as lead plaintiff and approval of lead plaintiff's selection of lead counsel. Any member of the proposed class may move the Court to serve as lead plaintiff through counsel of their choice.

If you wish to discuss this action, Sarah N. Westcot and Andrew Obergfell of Bursor may be contacted at 305-330-5512 or through info@bursor.com.

## Contacts

Sarah N. Westcot and Andrew Obergfell

305-330-5512

info@bursor.com