# EXHIBIT 1

1  TAYLOR-COPELAND LAW
   James Q. Taylor-Copeland (SBN 284743)
2  501 W. Broadway, Suite 800
   San Diego, CA 92101
3  Tel: 619-400-4944
   james@taylorcopelandlaw.com
4

5    [Proposed] Lead Counsel for Plaintiff

6                  UNITED STATES DISTRICT COURT

7                NORTHERN DISTRICT OF CALIFORNIA

8   In re RIPPLE LABS INC. LITIGATION,    )   Case No. 4:18-cv-06753-PJH
                                          )
9                                         )   CLASS ACTION
    _____)
10                                        )   [PROPOSED] ORDER GRANTING
    This Document Relates To:             )   MOTION FOR APPOINTMENT AS LEAD
11                                        )   PLAINTIFF AND APPROVAL OF
    All Actions                           )   SELECTION OF COUNSEL, AS MODIFIED
12                                        )   BY THE COURT
                                          )
13                                        )
                                          )
    _____)
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1      Having considered Bradley Sostack's Motion for Appointment as Lead Plaintiff and

2  Approval of Selection of Counsel (the "Motion") and good cause appearing therefor, the Court

3  ORDERS as follows:

4      1.    The Motion is GRANTED;

5      2.    Pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §77z-

6  1(a)(3)(B), Mr. Sostack is appointed as Lead Plaintiff; and

7      3.    Pursuant to 15 U.S.C. §77z-1(a)(3)(B)(v), Mr. Sostack's selection of Taylor-

8  Copeland Law and Susman Godfrey is approved and Taylor-Copeland Law and Susman Godfrey

9  are appointed as co-Lead Counsel.

10     4.    The hearing date of June 26, 2019 is VACATED.

11     IT IS SO ORDERED.

12

   DATED:  June 21, 2019

13     _____
       THE HONORABLE PHYLLIS J. HAMILTON
14     UNITED STATES DISTRICT JUDGE

15
   Submitted by:

16
   s/James Taylor-Copeland
17 TAYLOR-COPELAND LAW
   James Taylor-Copeland
18 501 W. Broadway, Suite 800
   San Diego, CA 92101
19

20

21

22

23

24

25

26

27

28