# EXHIBIT 1

TAYLOR-COPELAND LAW
James Q. Taylor-Copeland (SBN 284743)
501 W. Broadway, Suite 800
San Diego, CA 92101
Tel: 619-400-4944
james@taylorcopelandlaw.com

[Proposed] Lead Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re RIPPLE LABS INC. LITIGATION,

This Document Relates To:

All Actions

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 4:18-cv-06753-PJH

<u>CLASS ACTION</u>

[PROPOSED] ORDER GRANTING MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL, AS MODIFIED BY THE COURT

Having considered Bradley Sostack's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Motion") and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. Pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §77z-1(a)(3)(B), Mr. Sostack is appointed as Lead Plaintiff; and

3. Pursuant to 15 U.S.C. §77z-1(a)(3)(B)(v), Mr. Sostack's selection of Taylor-Copeland Law and Susman Godfrey is approved and Taylor-Copeland Law and Susman Godfrey are appointed as co-Lead Counsel.

4. The hearing date of June 26, 2019 is VACATED.

IT IS SO ORDERED.

DATED: June 21, 2019

_____
THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

Submitted by:

s/James Taylor-Copeland
TAYLOR-COPELAND LAW
James Taylor-Copeland
501 W. Broadway, Suite 800
San Diego, CA 92101