# U.S. District Court
# Middle District of Florida (Jacksonville)
# CIVIL DOCKET FOR CASE #: 3:21−cv−00093−BJD−JBT

Toomey v. Ripple Labs, Inc. et al  
Assigned to: Judge Brian J. Davis  
Referred to: Magistrate Judge Joel B. Toomey  
Demand: $5,000,000  
Cause: 28:1332 Diversity−Fraud

Date Filed: 01/25/2021  
Jury Demand: Plaintiff  
Nature of Suit: 370 Other Fraud  
Jurisdiction: Diversity

**Plaintiff**

**Tyler Toomey**  
*on behalf of themselves and all others similarly situated*

represented by **Sarah Westcot**  
Bursor & Fisher, P.A.  
701 Brickell Avenue., Suite 1420  
Miami, FL 33133  
305−330−5512  
Fax: 305−676−9006  
Email: swestcot@bursor.com  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Markas Sergalis**  
*on behalf of themselves and all others similarly situated*

represented by **Sarah Westcot**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

V.

**Intervenor Plaintiff**

**Bradley Sostack**

represented by **Andres Healy**  
Susman Godfrey L.L.P.  
1201 Third Avenue  
Ste 3800  
Seattle, WA 98101−3000  
206−516−3880  
Email: ahealy@susmangodfrey.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Ripple Labs, Inc.**

represented by **Andrew J. Ceresney**  
Debevoise & Plimpton LLP  
919 Third Avenue  
New York, NY 10022  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Suzanne E. Nero**

        King & Spalding LLP
        50 California Street, Suite 3300
        San Franscisco, CA 94111
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Damien Jerome Marshall**
        King & Spalding LLP
        1185 Avenue of the Americas., 34th Floor
        New York, NY 10036
        212−790−5357
        Fax: 212−556−2222
        Email: dmarshall@kslaw.com
        *ATTORNEY TO BE NOTICED*

        **Lisa Bugni**
        King and Spalding LLP
        50 California Street
        Suite 3300
        San Francisco, CA 94111
        415−318−1234
        Email: lbugni@kslaw.com
        *ATTORNEY TO BE NOTICED*

**Defendant**

**XRP II, LLC**     represented by    **Andrew J. Ceresney**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Suzanne E. Nero**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Lisa Bugni**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Bradley Garlinghouse**     represented by    **Andrew J. Ceresney**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Suzanne E. Nero**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Lisa Bugni**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

**Defendant**

**MCO Malta Dax Limited**
*doing business as*
Crypto.com

**Defendant**

**Foris Dax Global Limited**
*doing business as*
Crypto.com

**Defendant**

**Foris Dax, Inc.**

**Defendant**

**Foris, Inc.**

**Defendant**

| | |
|---|---|
| **Payward, Inc.**<br>*doing business as*<br>Kraken | represented by **Andrew C. Lourie**<br>Kobre & Kim, LLP<br>201 South Biscayne Blvd Suite 1900<br>Miami, FL 33131<br>305/967–6107<br>Fax: 305/967–6128<br>Email: andrew.lourie@kobrekim.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/25/2021 | Ï 1 | COMPLAINT against Bradley Garlinghouse, Ripple Labs, Inc., XRP II, LLC with Jury Demand (Filing fee $ 402 receipt number 113A–17808431) filed by Tyler Toomey. (Attachments: # 1 Civil Cover Sheet, # 2 Proposed Summons, # 3 Proposed Summons, # 4 Proposed Summons)(Westcot, Sarah) Modified on 1/28/2021 as to Stricken per 4 Order. (KEM). (Entered: 01/25/2021) |
| 01/26/2021 | Ï 2 | NEW CASE ASSIGNED to Judge Brian J. Davis and Magistrate Judge Joel B. Toomey. New case number: 3:21–cv–0093–J–39JBT. (SJB) (Entered: 01/26/2021) |
| 01/26/2021 | Ï 3 | SUMMONS issued as to Bradley Garlinghouse, Ripple Labs, Inc., XRP II, LLC. (KEM) (Entered: 01/26/2021) |
| 01/27/2021 | Ï 4 | **ORDER STRIKING 1 Complaint. Plaintiff shall have until February 8, 2021, to file an amended complaint that conforms with the directives in this Order, the Federal Rules of Civil Procedure and the Local Rules. Failure to do so can result in dismissal of this action. Signed by Judge Brian J. Davis on 1/27/2021. (AMP)** (Entered: 01/27/2021) |
| 01/28/2021 | Ï 5 | AMENDED COMPLAINT *pursuant to the Court's 1/27/21 Order* against Bradley Garlinghouse, Ripple Labs, Inc., XRP II, LLC with Jury Demand. filed by Tyler Toomey. (Attachments: # 1 Exhibit A)(Westcot, Sarah) (Entered: 01/28/2021) |
| 02/02/2021 | Ï 6 | NOTICE of Local Rule 3.02(a)(2), which requires the parties in every civil proceeding, except those described in subsection (d), to file a case management report (CMR) using the uniform form |

| | | |
|---|---|---|
| | | at www.flmd.uscourts.gov. The CMR must be filed (1) within forty days after any defendant appears in an action originating in this court, (2) within forty days after the docketing of an action removed or transferred to this court, or (3) within seventy days after service on the United States attorney in an action against the United States, its agencies or employees. Judges may have a special CMR form for certain types of cases listed in Rule 3.02(d). These forms can be found at www.flmd.uscourts.gov under the Forms tab for each judge. (Signed by Deputy Clerk). (CKS) (Entered: 02/02/2021) |
| 02/03/2021 | Ï 7 | RETURN of service executed on 01/26/2021 by Tyler Toomey as to Ripple Labs, Inc.. (Westcot, Sarah) (Entered: 02/03/2021) |
| 02/03/2021 | Ï 8 | RETURN of service executed on 01/26/2021 by Tyler Toomey as to XRP II, LLC. (Westcot, Sarah) (Entered: 02/03/2021) |
| 02/03/2021 | Ï 9 | RETURN of service executed on 01/28/2021 by Tyler Toomey as to Bradley Garlinghouse. (Westcot, Sarah) (Entered: 02/03/2021) |
| 02/03/2021 | Ï 10 | PROOF of service by Tyler Toomey (Westcot, Sarah) (Entered: 02/03/2021) |
| 02/03/2021 | Ï 11 | PROOF of service by Tyler Toomey (Westcot, Sarah) (Entered: 02/03/2021) |
| 02/03/2021 | Ï 12 | PROOF of service by Tyler Toomey (Westcot, Sarah) (Entered: 02/03/2021) |
| 02/08/2021 | Ï 13 | NOTICE of Appearance by Lisa Bugni on behalf of Bradley Garlinghouse, Ripple Labs, Inc., XRP II, LLC (Bugni, Lisa) (Entered: 02/08/2021) |
| 02/08/2021 | Ï 14 | Unopposed MOTION for Extension of Time to File Response to Amended Complaint by Bradley Garlinghouse, Ripple Labs, Inc., XRP II, LLC. (Bugni, Lisa) Motions referred to Magistrate Judge Joel B. Toomey. (Entered: 02/08/2021) |
| 02/09/2021 | Ï 15 | **ENDORSED ORDER granting 14 Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiff's Amended Complaint. Defendants shall respond to the Amended Complaint on or before March 22, 2021. Signed by Magistrate Judge Joel B. Toomey on 2/9/2021. (TAM)** (Entered: 02/09/2021) |
| 02/16/2021 | Ï 16 | Unopposed MOTION for Extension of Time to File Unopposed Motion To Extend Deadline To Move For Class Certification by Tyler Toomey. (Westcot, Sarah) Motions referred to Magistrate Judge Joel B. Toomey. (Entered: 02/16/2021) |
| 02/17/2021 | Ï 17 | NOTICE of Appearance by Damien Jerome Marshall on behalf of Ripple Labs, Inc. (Marshall, Damien) (Entered: 02/17/2021) |
| 02/18/2021 | Ï 18 | **ENDORSED ORDER granting 16 Plaintiff's Unopposed Motion to Extend Time to Comply With Former Local Rule 4.04(b). Plaintiff need not file a motion for class certification until further order of the Court. The parties shall propose a class certification briefing schedule in their case management report. Signed by Magistrate Judge Joel B. Toomey on 2/18/2021. (TAM)** (Entered: 02/18/2021) |
| 03/03/2021 | Ï 19 | CORPORATE Disclosure Statement by Ripple Labs, Inc. identifying Corporate Parent Ripple Labs, Inc., Other Affiliate XRP II, LLC, Other Affiliate Bradley Garlinghouse for Ripple Labs, Inc... (Marshall, Damien) (Entered: 03/03/2021) |
| 03/10/2021 | Ï 20 | MOTION for Andrew J. Obergfell to appear pro hac vice, Special Admission fee paid, Receipt No. 113A–17986575 for $150 by Tyler Toomey. (Westcot, Sarah) Motions referred to Magistrate Judge Joel B. Toomey. (Entered: 03/10/2021) |
| 03/10/2021 | Ï 21 | CERTIFICATE of interested persons and corporate disclosure statement re 5 Amended Complaint by Tyler Toomey. (Westcot, Sarah) (Entered: 03/10/2021) |

| | | |
|---|---|---|
| 03/11/2021 | 22 | Joint MOTION to Amend Complaint *Pursuant to Federal Rule of Civil Procedure 15(A)(2) allowing Plaintiff to file a Second Amended Complaint, and proposing Briefing Schedule for Defendants' forthcoming Motion To Dismiss* by Tyler Toomey. (Westcot, Sarah) Modified docket text on 3/12/2021 (KEM). Modified event type and docket text per Chambers on 3/12/2021 (KEM). (Entered: 03/11/2021) |
| 03/12/2021 | 23 | **ENDORSED ORDER granting 20 Unopposed Motion for Admission Pro Hac Vice of Andrew J. Obergfell. If Mr. Obergfell has not already done so, he shall immediately register for a login and password for electronic filing at the Court's website at www.flmd.uscourts.gov. Signed by Magistrate Judge Joel B. Toomey on 3/12/2021. (TAM)** (Entered: 03/12/2021) |
| 03/12/2021 | 24 | **ENDORSED ORDER construing as a motion and granting 22 Joint Stipulation Pursuant to Federal Rule of Civil Procedure 15(a)(2) Allowing Plaintiff to File a Second Amended Complaint, and Proposing Briefing Schedule for Defendants' Forthcoming Motion to Dismiss. The Court approves the Stipulation and adopts the deadlines set forth therein. Signed by Magistrate Judge Joel B. Toomey on 3/12/2021. (TAM)** (Entered: 03/12/2021) |
| 03/18/2021 | 25 | CASE MANAGEMENT REPORT. (Westcot, Sarah) (Entered: 03/18/2021) |
| 03/26/2021 | 26 | AMENDED COMPLAINT *pursuant to March 12, 2021 Order* against Bradley Garlinghouse, Ripple Labs, Inc., XRP II, LLC, MCO Malta Dax Limited (d/b/a Crypto.com), Foris Dax Global Limited (d/b/a Crypto.com), Foris Dax, Inc., Foris, Inc., Payward, Inc. d/b/a Kraken with Jury Demand. filed by Tyler Toomey, Markas Sergalis. (Attachments: # 1 Exhibit A, # 2 Proposed Summons MCO Malta Dax Limited (d/b/a Crypto.com), # 3 Proposed Summons Foris Dax Global Limited (d/b/a Crypto.com), # 4 Proposed Summons Foris Dax, Inc., # 5 Proposed Summons Foris, Inc., # 6 Proposed Summons Payward, Inc. d/b/a Kraken)(Westcot, Sarah) (Entered: 03/26/2021) |
| 03/29/2021 | 27 | SUMMONS issued as to Foris Dax Global Limited, Foris Dax, Inc., Foris, Inc., MCO Malta Dax Limited, Payward, Inc.. (KEM) (Entered: 03/29/2021) |
| 03/31/2021 | 28 | **CASE MANAGEMENT AND SCHEDULING ORDER: Conduct mediation hearing by 7/15/2022; Discovery due by 7/15/2022; Dispositive motions due by 8/15/2022; Motion for Class Certification due by 8/15/2022; Pretrial statement due by 1/18/2023; Final Pretrial Conference set for 1/25/2023 at 10:00 AM in Jacksonville Courtroom 12 C before Judge Brian J. Davis; Jury Trial set for trial term commencing on 2/6/2023 at 9:00 AM in Jacksonville Courtroom 12 C before Judge Brian J. Davis. Signed by Judge Brian J. Davis on 3/31/2021. (Attachments: # 1 Mediation Report Form, # 2 Docket Sheets)(AMP)** (Entered: 03/31/2021) |
| 03/31/2021 | 29 | CASE REFERRED to Mediation. (KEM) (Entered: 03/31/2021) |
| 03/31/2021 | 30 | RETURN of service executed on 03/29/2021 by Markas Sergalis, Tyler Toomey as to Payward, Inc.. (Westcot, Sarah) (Entered: 03/31/2021) |
| 03/31/2021 | 31 | RETURN of service executed on 03/29/2021 by Markas Sergalis, Tyler Toomey as to Foris, Inc.. (Westcot, Sarah) (Entered: 03/31/2021) |
| 03/31/2021 | 32 | RETURN of service executed on 03/29/2021 by Markas Sergalis, Tyler Toomey as to Foris Dax, Inc.. (Westcot, Sarah) (Entered: 03/31/2021) |
| 03/31/2021 | 33 | DECLARATION of Tyler Toomey pursuant to PLSRA re 26 Amended Complaint by Tyler Toomey. (Westcot, Sarah) (Entered: 03/31/2021) |
| 04/01/2021 | 34 | DECLARATION of Markas Sergalis pursuant to the PLSRA re 26 Amended Complaint by Markas Sergalis. (Westcot, Sarah) (Entered: 04/01/2021) |
| 04/16/2021 | 35 | DECLARATION of Amended/Corrected Certification of Markas Sergalis Pursuant to the PSLRA re 34 Declaration, 26 Amended Complaint,, by Markas Sergalis. (Westcot, Sarah) (Entered: |

| | | |
|---|---|---|
| | | 04/16/2021) |
| 04/19/2021 | 36 | Unopposed MOTION for Extension of Time to File Response to Second Amended Complaint by Payward, Inc.. (Lourie, Andrew) Motions referred to Magistrate Judge Joel B. Toomey. (Entered: 04/19/2021) |
| 04/19/2021 | 37 | CORPORATE Disclosure Statement by Payward, Inc.. (Lourie, Andrew) (Entered: 04/19/2021) |
| 04/19/2021 | 38 | CERTIFICATE of interested persons and corporate disclosure statement re 28 Case Management / FLSA / ADA / Social Security / Scheduling Order,, by Markas Sergalis, Tyler Toomey. (Westcot, Sarah) (Entered: 04/19/2021) |
| 04/20/2021 | 39 | **ENDORSED ORDER granting 36 Defendant Payward, Inc.'s Unopposed Motion for 30−Day Extension to Respond to Plaintiffs' Second Amended Complaint. Defendant Payward, Inc. shall respond to Plaintiff's Second Amended Complaint on or before May 19, 2021. Signed by Magistrate Judge Joel B. Toomey on 4/20/2021. (TAM)** (Entered: 04/20/2021) |
| 04/21/2021 | 40 | Unopposed MOTION for Andrew J. Ceresney to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC−18163484 for $150 by Ripple Labs, Inc.. (Attachments: # 1 Exhibit Certificate of Good Standing)(Marshall, Damien) Motions referred to Magistrate Judge Joel B. Toomey. (Entered: 04/21/2021) |
| 04/21/2021 | 41 | Unopposed MOTION for Suzanne E. Nero to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC−18163513 for $150 by Ripple Labs, Inc.. (Attachments: # 1 Exhibit Certificate of Good Standing)(Marshall, Damien) Motions referred to Magistrate Judge Joel B. Toomey. (Entered: 04/21/2021) |
| 04/22/2021 | 42 | Unopposed MOTION to File Excess Pages *Defendants Ripple Lab Inc., XRP II, LLC, and Bradley Garlinghouse's Motion Requesting Leave to File a Motion in Excess of 25 Pages* by Ripple Labs, Inc.. (Marshall, Damien) (Entered: 04/22/2021) |
| 04/22/2021 | 43 | **ENDORSED ORDER granting 40 41 Unopposed Motions for Admission Pro Hac Vice. If Andrew J. Ceresney, Esq. and Suzanne E. Nero, Esq. have not already done so, they each shall immediately register for a login and password for electronic filing at the Court's website at www.flmd.uscourts.gov. Signed by Magistrate Judge Joel B. Toomey on 4/22/2021. (TAM)** (Entered: 04/22/2021) |
| 04/23/2021 | 44 | **ENDORSED ORDER: Defendants' Motion for Leave 42 is GRANTED. Defendants may file a motion in response to Plaintiffs' Second Amended Complaint that does not exceed thirty pages in length. Signed by Judge Brian J. Davis on 4/23/2021. (AMP)** (Entered: 04/23/2021) |
| 04/26/2021 | 45 | MOTION to Change Venue / Transfer Case *Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse's Motion to Transfer, Dismiss, or Stay Plaintiffs' Second Amended Complaint and Memorandum of Law in Support* by Ripple Labs, Inc.. (Marshall, Damien) (Entered: 04/26/2021) |
| 04/26/2021 | 46 | DECLARATION of Suzanne E. Nero re 45 MOTION to Change Venue / Transfer Case *Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse's Motion to Transfer, Dismiss, or Stay Plaintiffs' Second Amended Complaint and Memorandum of Law in Support* by Ripple Labs, Inc.. (Marshall, Damien) (Entered: 04/26/2021) |
| 04/26/2021 | 47 | MOTION to Stay Discovery *Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse's Motion to Stay Discovery* by Ripple Labs, Inc.. (Marshall, Damien) (Entered: 04/26/2021) |
| 05/05/2021 | 48 | NOTICE of voluntary dismissal without prejudice by Markas Sergalis (Westcot, Sarah) Modified on 5/6/2021 to edit docket text (KEM). (Entered: 05/05/2021) |

| | | |
|---|---|---|
| 05/06/2021 | 49 | Joint MOTION for Miscellaneous Relief, specifically REGARDING BRIEFING SCHEDULE FOR DEFENDANTS RIPPLE LABS INC., XRP II, LLC, AND BRADLEY GARLINGHOUSE'S PENDING MOTION TO TRANSFER, DISMISS, OR STAY PLAINTIFFS' SECOND AMENDED COMPLAINT by Markas Sergalis, Tyler Toomey. (Westcot, Sarah) (Entered: 05/06/2021) |
| 05/10/2021 | 50 | RESPONSE in Opposition re 47 MOTION to Stay Discovery *Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse's Motion to Stay Discovery PLAINTIFFS TYLER TOOMEY AND MARKAS SERGALIS' OPPOSITION TO DEFENDANTS RIPPLE LABS INC., XRP II, LLC, AND BRADLEY GARLINGHOUSE'S MOTION TO STAY DISCOVERY* filed by Markas Sergalis, Tyler Toomey. (Westcot, Sarah) (Entered: 05/10/2021) |
| 05/14/2021 | 51 | Unopposed MOTION to File Excess Pages *Plaintiffs' Motion Requesting Leave To File An Opposition In Excess of 20 Pages* by Markas Sergalis, Tyler Toomey. (Westcot, Sarah) (Entered: 05/14/2021) |
| 05/20/2021 | 52 | Unopposed MOTION for Leave to File Other Document :Reply by Bradley Garlinghouse, Ripple Labs, Inc., XRP II, LLC. (Marshall, Damien) (Entered: 05/20/2021) |
| 05/25/2021 | 53 | **ENDORSED ORDER: 49 The parties' Joint Motion Regarding Briefing Schedule for Defendants Pending Motion to Transfer, Dismiss, or Stay Plaintiffs' Second Amended Complaint is GRANTED** *to the extent* **Plaintiffs' Response to Defendants' Motion to Transfer, Dismiss, or Stay Plaintiffs' Second Amended Complaint is due no later than June 4, 2021 [See Doc. 51]. Signed by Judge Brian J. Davis on 5/25/2021. (AMP)** (Entered: 05/25/2021) |
| 05/25/2021 | 54 | **ENDORSED ORDER: 51 Plaintiffs Tyler Toomey and Markas Sergalis' Unopposed Motion Requesting Leave to File a Response in Excess of 20 Pages is GRANTED. A response to Defendants' Motion to Transfer, Dismiss or Stay Plaintiffs' Second Amended Complaint 45 of no more than twenty−five (25) pages may be filed no later than June 4, 2021. Signed by Judge Brian J. Davis on 5/25/2021. (AMP)** (Entered: 05/25/2021) |
| 05/25/2021 | 55 | **ENDORSED ORDER: 52 Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse's Unopposed Motion for Leave to File a Reply is GRANTED. A reply of no more than six (6) pages may be filed no later than May 28, 2021. Signed by Judge Brian J. Davis on 5/25/2021. (AMP)** (Entered: 05/25/2021) |
| 05/26/2021 | 56 | RESPONSE in Opposition re 45 MOTION to Change Venue / Transfer Case *Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse's Motion to Transfer, Dismiss, or Stay Plaintiffs' Second Amended Complaint and Memorandum of Law in Support* filed by Markas Sergalis, Tyler Toomey. (Westcot, Sarah) (Entered: 05/26/2021) |
| 05/27/2021 | 57 | REPLY to Response to Motion re 47 MOTION to Stay Discovery *Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse's Motion to Stay Discovery* filed by Bradley Garlinghouse, Ripple Labs, Inc., XRP II, LLC. (Marshall, Damien) (Entered: 05/27/2021) |
| 06/01/2021 | 58 | MOTION to Appoint Counsel *Motion of Plaintiff Tyler Toomey to Appoint Lead Plaintiff and Approve His Selection of Lead Counsel* by Tyler Toomey. (Attachments: # 1 Declaration of Sarah N. Westcot, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C)(Westcot, Sarah) Motions referred to Magistrate Judge Joel B. Toomey. (Entered: 06/01/2021) |
| 06/03/2021 | 59 | Unopposed MOTION for Leave to File Other Document :Reply by Bradley Garlinghouse, Ripple Labs, Inc., XRP II, LLC. (Marshall, Damien) (Entered: 06/03/2021) |
| 06/04/2021 | 60 | **ENDORSED ORDER: Defendants' Unopposed Motion for Leave to File a Reply is GRANTED. A reply to Plaintiffs' Opposition to Defendants' Motion to Transfer, Dismiss, or Stay Plaintiffs' Second Amended Complaint 56 of no more than seven (7) pages may be filed no later than June 11, 2021. Signed by Judge Brian J. Davis on 6/4/2021. (AMP)** (Entered: |

| | | |
|---|---|---|
| | | 06/04/2021) |
| 06/08/2021 | 61 | MOTION to Intervene by Bradley Sostack. (Attachments: # 1 Exhibit A Memo in Opp to Plaintiff's Motion to Appoint Lead Counsel, # 2 Exhibit 1 Lead Plaintiff Order, # 3 Exhibit 2 Amended Consolidated Complaint)(Healy, Andres) (Entered: 06/08/2021) |
| 06/08/2021 | 62 | MEMORANDUM in opposition re 58 Motion to Appoint Counsel filed by Bradley Sostack. (Attachments: # 1 Exhibit 1 Lead Plaintiff Order, # 2 Exhibit 2 Amended Consolidated Complaint)(Healy, Andres) (Entered: 06/08/2021) |
| 06/11/2021 | 63 | REPLY to Response to Motion re 45 MOTION to Change Venue / Transfer Case *Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse's Motion to Transfer, Dismiss, or Stay Plaintiffs' Second Amended Complaint and Memorandum of Law in Support* filed by Bradley Garlinghouse, Ripple Labs, Inc., XRP II, LLC. (Marshall, Damien) (Entered: 06/11/2021) |
| 06/16/2021 | 64 | RESPONSE in Opposition re 61 MOTION to Intervene filed by Markas Sergalis, Tyler Toomey. (Westcot, Sarah) (Entered: 06/16/2021) |
| 06/22/2021 | 65 | Unopposed MOTION for Leave to File Other Document :Reply Brief in Further Support of Plaintiff Toomey's Motion to Appoint Lead Plaintiff by Markas Sergalis, Tyler Toomey. (Westcot, Sarah) (Entered: 06/22/2021) |
| 06/23/2021 | 66 | **ENDORSED ORDER granting 65 Unopposed Motion for Leave to File a Reply. Plaintiffs Tyler Toomey and Markas Sergalis may file a reply of no more than five pages to 62 Lead Plaintiff and Proposed Intervenor Bradley Sostack's Memorandum in Opposition to Plaintiff's Motion to Appoint Lead Plaintiff and in Support of Ripple's Motion for Transfer on or before June 30, 2021. Signed by Magistrate Judge Joel B. Toomey on 6/23/2021. (AJS)** (Entered: 06/23/2021) |
| 06/25/2021 | 67 | REPLY to Response to Motion re 58 MOTION to Appoint Counsel *Motion of Plaintiff Tyler Toomey to Appoint Lead Plaintiff and Approve His Selection of Lead Counsel* filed by Markas Sergalis, Tyler Toomey. (Westcot, Sarah) (Entered: 06/25/2021) |
| 07/28/2021 | 68 | Joint MOTION for a Status Conference by Ripple Labs, Inc. (Marshall, Damien) Modified on 7/29/2021 to edit docket text (KEM). (Entered: 07/28/2021) |
| 08/20/2021 | 69 | **ORDER GRANTING 45 Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse's Motion to Transfer, Dismiss, or Stay Plaintiffs' Second Amended Complaint. The Clerk is directed to TRANSFER this case to the Northern District of California. Signed by Judge Brian J. Davis on 8/20/2021. (AMP)** (Entered: 08/20/2021) |