UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER TOOMEY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RIPPLE LABS, INC., et al.,<br><br>Defendants. | Case No. 21-cv-06518-SK<br><br>**ORDER OF SUA SPONTE REFERRAL** |

Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Phyllis J. Hamilton to determine whether it is related to *Zakinov et al v. Ripple Labs, Inc., et al.*, Case No. 18-cv-06753-PJH.

**IT IS SO ORDERED**.

Dated: September 1, 2021

_Sallie Kim_
SALLIE KIM
United States Magistrate Judge