SARAH N. WESTCOT (SBN 264916)
BURSOR & FISHER, P.A.
701 Brickell Avenue, Suite 1420
Miami, FL 33131
Telephone: 305-330-5512
Facsimile: 925-407-2700

Attorney for Plaintiffs
TYLER TOOMEY and
MARKAS SERGALIS

MATTHEW G. BALL (SBN 208881)
matthew.ball@klgates.com
JEREMY M. MCLAUGHLIN (SBN 258644)
jeremy.mclaughlin@klgates.com
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, California 94111
Telephone: (415) 249-1014
Facsimile: (415) 882-8220

STAVROULA E LAMBRAKOPOULOS (*Pro Hac Vice Pending*)
stavroula.lambrakopoulos@klgates.com
K&L GATES LLP
1601 K Street, N.W.
Washington, DC 20006
Telephone: (202) 778-9000
Facsimile: (202) 778-9100
*Attorneys for the Foris Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER TOOMEY AND MARKAS SERGALIS, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> RIPPLE LABS, INC., *et al.* <br><br> Defendants. | Case No.: 3:21-CV-06518-sk |

TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiffs TYLER TOOMEY and MARKAS SERGALIS ("Plaintiffs") and Defendants FORIS, INC. ("Foris"), FORIS DAX, INC. ("Foris Dax", together with Foris, the "Foris Defendants"), MCO MALTA DAX LIMITED ("MCO", collectively with the Foris Defendants and the Plaintiffs, the "Parties") hereby submit the following Joint Stipulation granting additional time for the Foris Defendants and MCO to respond to the Second Amended Complaint (the "Complaint") and allowing MCO and the Foris Defendants to respond to Plaintiff Tyler Toomey's Motion to Appoint Lead Plaintiff and Approve his Selection of Lead Counsel ("Motion to Appoint Lead Plaintiff"):

WHEREAS, the Plaintiffs filed their Complaint on March 26, 2021, in the Middle District of Florida;

WHEREAS, the Plaintiffs served their Complaint on the Foris Defendants' registered agent (the "Registered Agent"), on March 26, 2021;

WHEREAS, the Plaintiffs served the Complaint on MCO on August 17, 2021 and MCO's answer is due on September 7, 2021;

WHEREAS, on June 1, 2021, the Plaintiffs filed their Motion to Appoint Lead Plaintiff;

WHEREAS, the Motion to Appoint Lead Plaintiff was not served on MCO or the Foris Defendants;

WHEREAS, prior to August 4, 2021, despite service on their Registered Agent, the Foris Defendants' internal legal team and decision makers were unaware of the Lawsuit or the allegations by the Plaintiffs due to unique circumstances;

WHEREAS, the Foris Defendants reached out K&L Gates LLP ("K&L Gates") on August 5, 2021, to prepare a response to the Complaint;

WHEREAS, while the Foris Defendants were preparing their request to file a late-filed response to the Complaint and file a response to the Motion to Appoint Lead Plaintiff, the case was transferred from the Middle District of Florida to the Northern District of California;

WHEREAS, MCO's answer is due on September 7, 2021, the day after Labor Day;

1.

WHEREAS, K&L Gates reached out to Plaintiffs' counsel on September 2, 2021, to request extensions to respond to the Complaint as well as consent to respond to the Motion to Appoint Lead Plaintiff;

WHEREAS, no trial date has been set;

WHEREAS, the Parties agree to grant the Foris Defendants and MCO an extension to respond to the Complaint and allow them to respond to the Motion to Appoint Lead Plaintiff;

NOW, THEREFORE, the Parties stipulate and respectfully jointly request that the Court:

1. Extend MCO and the Foris Defendants' time to respond to the Complaint up to and until September 14, 2021.  If MCO and the Foris Defendants should respond in the form of a motion to dismiss, Plaintiffs will have forty-five (45) days to respond to the motion(s) to dismiss.  MCO and the Foris Defendants will have twenty-one (21) days to file a reply in further support of the motion(s) to dismiss.

2. Allow the Foris Defendants and MCO up to and until September 14, 2021 to file a response to the Motion to Appoint Lead Plaintiff.  Plaintiff shall have twenty-one (21) days to file a reply in further support of the Motion to Appoint Lead Plaintiff.

**IT IS SO STIPULATED.**

Dated: September 3, 2021

/s/Matthew G. Ball
MATTHEW G. BALL
K&L GATES, LLP
Attorneys for the Foris Defendants and MCO

Dated: September 3, 2021

/s/ Sarah N. Wescot
SARAH N. WESTCOT
BURSOR & FISHER, P.A.
Attorney for Plaintiffs
TYLER TOOMEY and
MARKAS SERGALIS

**ORDER**

FOR GOOD CAUSE SHOWN, and based on the stipulation of the Parties, it is hereby ORDERED that:

The MCO and Foris Defendants' time to respond to the Complaint and the Motion to Appoint Lead Plaintiff is extended up to and including September 14, 2021.

If MCO and the Foris Defendants should respond in the form of a motion to dismiss, Plaintiffs will have forty-five (45) days to respond to the motion(s) to dismiss. MCO and the Foris Defendants will have twenty-one (21) days to file a reply in further support of the motion(s) to dismiss.

Plaintiff shall have twenty-one (21) days to file a reply in further support of the Motion to Appoint Lead Plaintiff.

Dated: _____, 2021

THE HONORABLE SALLIE KIM