Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

TYLER TOOMEY, et al., )
)  Case No: 3:21-cv-06518-S
) 
Plaintiff(s), )  **APPLICATION FOR**
)  **ADMISSION OF ATTORNEY**
v. )  **PRO HAC VICE**
)  (CIVIL LOCAL RULE 11-3)
RIPPLE LABS, INC., et al., )
)
Defendant(s). )
)

I, Stavroula E. Lambrakopoulos, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Foris,Inc;Foris DAX,Inc;Foris DAXGlobal in the above-entitled action. My local co-counsel in this case is Matthew G. Ball, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| K&L Gates, LLP | K&L Gates, LLP |
| 1601 K Street, NW, Washington, DC 20006 | 4 Embarcadero Center, Suite 1200 |
| | San Francisco, CA  94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (202) 778-9248 | (415) 249-1014 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| stavroula.lambrakopoulos@klgates.com | matthew.ball@klgates.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 453167.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 09/09/21

Stavroula E. Lambrakopoulos
APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Stavroula E. Lambrakopoulos is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: September 10, 2021

[GRANTED stamp — Judge William H. Orrick]

UNITED STATES MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                   *October 2012*