MATTHEW G. BALL (SBN 208881)
matthew.ball@klgates.com
JEREMY M. MCLAUGHLIN (SBN 258644)
jeremy.mclaughlin@klgates.com
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, California 94111
Telephone: (415) 249-1014
Facsimile:  (415) 882-8220

STAVROULA E LAMBRAKOPOULOS (*Pro Hac Vice*)
stavroula.lambrakopoulos@klgates.com
K&L GATES LLP
1601 K Street, N.W.
Washington, DC 20006
Telephone: (202) 778-9248
Facsimile:  (202) 778-9100

Attorneys for Defendants
FORIS, INC., FORIS DAX, INC.
AND FORIS DAX GLOBAL LIMITED

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER TOOMEY, *et al.*,<br><br>            Plaintiffs,<br><br>vs.<br><br>RIPPLE LABS, INC., *et al.*,<br><br>            Defendants. | Case No.: 3:21-cv-06518-WHO<br><br>**RESPONSE OF DEFENDANTS FORIS, INC., FORIS DAX, INC., AND FORIS, DAX GLOBAL LIMITED TO PLAINTIFF'S MOTION TO APPOINT LEAD PLAINTIFF**<br><br>**The Hon. Judge William H. Orrick** |

1  Defendants Foris DAX, Inc., and Foris, Inc. (the "Foris Defendants"), and Defendant Foris
2  DAX Global, Limited. ("Foris Global"), hereby respond, through undersigned counsel, to the
3  Motion of Plaintiff Tyler Toomey to Appoint Lead Plaintiff [Docket No. 58] (the "Motion") which
4  seeks the appointment of Toomey as lead plaintiff and the selection of his counsel as lead counsel in
5  this putative class action.
6  The Foris Defendants and Foris DAX Global, Inc., submit that a decision on the Motion is
7  premature at this stage, in light of their respective Motions to Dismiss the Second Amended
8  Complaint ("SAC").  Toomey's Motion is opposed by the lead plaintiff in the consolidated class
9  action against the Ripple Labs, Inc. and related defendants, *In re Ripple Labs Inc. Litigation*, Case
10 No. 4:18- cv-06753-PJH (N.D. Cal.) (the "California Class Action"), primarily on the basis that the
11 SAC is duplicative of and should be consolidated with that action.  [Docket No. 62].  Toomey has
12 defended his Motion by arguing that the instant litigation differs from the California Class Action in
13 that it does not include overlapping claims since, in part, it names as parties entities that are not
14 defendants in that action including the Foris Defendants and Foris Global.  [Docket No. 67]
15 While it is true that the Foris Defendants and Foris DAX Global Limited are not defendants
16 in the California Class Action, in the event that this Court grants the pending Motions to Dismiss,
17 there would then be no distinction between the parties to this action and those in the California Class
18 Action, and consolidation may occur.[1]  In the interest of judicial economy, the Foris Defendants and
19 Foris Global propose that any decision on the appointment of lead plaintiff and selection of lead
20 counsel should be deferred until after the Court decides the Motions to Dismiss.

---

[1] Defendant MCO Malta DAX Limited was not served, while Plaintiffs voluntarily dismissed Payward, Inc. prior to the transfer of this case to this Court.  The Foris Defendants and Foris Global reserve their rights to address consolidation of this action at the appropriate stage and do not waive their anticipated objections to consolidation.

1                                                                                              3:21-cv-06518-WHO
**RESPONSE OF DEFENDANTS FORIS, INC., FORIS DAX, INC. AND FORIS DAX GLOBAL LIMITED TO PLAINTIFF'S MOTION TO APPOINT LEAD PLAINTIFF**

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  September 14, 2021 | K&L GATES LLP |
|  | By:*/s/ Matthew G. Ball* |
|  | Matthew G. Ball<br>Jeremy M. McLaughlin<br>Stavroula E. Lambrakopoulos |
|  | Attorneys for FORIS, INC., FORIS DAX, INC., AND FORIS DAX GLOBAL, LIMITED |