Matthew G. Ball (SBN 208881)
matthew.ball@klgates.com
Jeremy M. McLaughlin (SBN 258644)
jeremy.mclaughlin@klgates.com
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA  94111
Telephone: +1 415 882 8200
Facsimile: +1 415 882 8220

STAVROULA E LAMBRAKOPOULOS (*Pro Hac Vice*)
stavroula.lambrakopoulos@klgates.com
K&L GATES LLP
1601 K Street, N.W.
Washington, DC 20006
Telephone: (202) 778-9248
Facsimile:  (202) 778-9100

Attorneys for Defendants Foris Dax, Inc.,
Foris DAX Global Limited, and Foris, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER TOOMEY and MARKAS SERGALIS, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>             vs.<br><br>RIPPLE LABS, INC., XRP II, LLC, BRADLEY GARLINGHOUSE, MCO MALTA DAX LIMITED (D/B/A CRYPTO.COM), FORIS DAX GLOBAL LIMITED (D/B/A CRYPTO.COM), FORIS DAX, INC., FORIS, INC., PAYWARD, INC. D/B/A KRAKEN,<br><br>                    Defendants. | Case No.: 3:21-cv-06518-WHO<br><br>**DEFENDANTS FORIS DAX, INC., FORIS DAX GLOBAL LIMITED, AND FORIS, INC.'S CERTIFICATION OF INTERESTED PARTIES** |

Pursuant to L.R. 3-16, Defendants Foris, Inc., Foris Dax, Inc., and Foris DAX Global Limited disclose the following entities that may have either: (i) a financial interest (of any kind) in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest the could be substantially affected by the outcome of the proceeding:  Foris GFS Limited and Foris DAX Holdings Limited.

Respectfully submitted,

Dated: September 14, 2021

K&L GATES LLP

By: /s/ Matthew G. Ball

Matthew G. Ball
Jeremy M. McLaughlin
Stavroula E. Lambrakopoulos

Attorneys for Foris Dax, Inc.,
Foris DAX Global Limited, and Foris, Inc.