SARAH N. WESTCOT (SBN 264916)
BURSOR & FISHER, P.A.
701 Brickell Avenue, Suite 1420
Miami, FL 33131
Telephone: 305-330-5512
Facsimile:  925-407-2700

Attorney for Plaintiffs
TYLER TOOMEY and
MARKAS SERGALIS

MATTHEW G. BALL (SBN 208881)
matthew.ball@klgates.com
JEREMY M. MCLAUGHLIN (SBN 258644)
jeremy.mclaughlin@klgates.com
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, California 94111
Telephone: (415) 249-1014
Facsimile:  (415) 882-8220

STAVROULA E LAMBRAKOPOULOS (*Pro Hac Vice Pending*)
stavroula.lambrakopoulos@klgates.com
K&L GATES LLP
1601 K Street, N.W.
Washington, DC 20006
Telephone: (202) 778-9000
Facsimile:  (202) 778-9100
*Attorneys for the Foris Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| TYLER TOOMEY, *et al.*, | Case No.: 3:21-cv-06518-WHO |
|---|---|
| Plaintiffs, | **JOINT STIPULATION TO CONTINUE NOTICED HEARING DATE ON MOTIONS TO DISMISS TO CONFORM TO PRIOR STIPULATION; [PROPOSED] ORDER** |
| vs. | |
| RIPPLE LABS, INC., *et al.*, | |
| Defendants. | |

TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiffs TYLER TOOMEY and MARKAS SERGALIS ("Plaintiffs") and Defendants FORIS, INC. ("Foris"), FORIS DAX, INC. ("Foris Dax"), together with Foris, the ("Foris Defendants"), MCO MALTA DAX LIMITED ("MCO"), collectively with the Foris Defendants and the Plaintiffs, the ("Parties") hereby submit the following Joint Stipulation amending the briefing schedule, and requesting a new hearing date for the Foris Defendants Motion(s) to Dismiss, Dkt. Nos. [81] and [82]:

WHEREAS, no trial date has been set;

WHEREAS, the Parties had previously filed a Stipulation with the Court on September 3, 2021, Dkt. No. [73] agreeing to grant the Foris Defendants an extension to September 14, 2021 to respond to the Complaint;

WHEREAS, on September 9, 2021, the Court issued an ORDER REASSIGNING CASE to the Hon. Judge William H. Orrick for all further proceedings;

WHEREAS, the Foris Defendants filed their Motion(s) to Dismiss, Dkt. Nos. [81] and [82] on September 14, 2021, yet inadvertently selected a hearing date which fails to fully accommodate the terms of the prior stipulation filed with the Court on September 3, 2021.

NOW, THEREFORE, the Parties stipulate and respectfully jointly request that the Court:

1. Change the noticed hearing dates on the Foris Defendants Motion(s) to Dismiss, Dkt. Nos. [81] and [82] to December 1, 2021 at 2:00 p.m., to accommodate the briefing schedule as follows:

2. Plaintiffs will have forty-five (45) days, up to and including October 29, 2021, to respond to the motion(s) to dismiss.

3. The Foris Defendants will have twenty-one (21) days to file replies in further support of the motion(s) to dismiss.

1.

**IT IS SO STIPULATED.**

Dated: September 15, 2021

      /s/Matthew G. Ball
      MATTHEW G. BALL
      K&L GATES, LLP
      Attorneys for the Foris Defendants and MCO

Dated: September 15, 2021

      /s/ Sarah N. Wescot
      SARAH N. WESTCOT
      BURSOR & FISHER, P.A.
      Attorney for Plaintiffs
      TYLER TOOMEY and
      MARKAS SERGALIS

**ORDER**

FOR GOOD CAUSE SHOWN, and based on the stipulation of the Parties, it is hereby ORDERED that:

The noticed hearing dates on the Foris Defendants Motion(s) to Dismiss, Dkt. Nos. [81] and [82] are hereby changed to December 1, 2021 at 2:00 p.m.

Plaintiffs will have forty-five (45) days, up to and including October 29, 2021, to respond to the motion(s) to dismiss.

The Foris Defendants will have twenty-one (21) days, up to and including November 19, 2021, to file a reply in further support of the motion(s) to dismiss.

Dated: _____, 2021

THE HONORABLE WILLIAM H. ORRICK