UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER TOOMEY, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>RIPPLE LABS, INC., et al.,<br><br>    Defendants. | Case No. 21-cv-06518-PJH<br><br>**ORDER CONSOLIDATING CASES** |

On September 20, 2021, the court ordered the above-captioned case to be related to In re Ripple, 18-6753.  Pursuant to that order, and to the court's order dated March 18, 2019 in In re Ripple (Dkt. 35), the above-captioned case is consolidated into In re Ripple for pretrial purposes.

The court has already set a case schedule for In re Ripple for all dates through trial, and those dates will not be amended as a result of the newly-consolidated action. Also, to the extent that the newly-consolidated action involves legal issues arising only under Florida state law, or involves legal issues relating to defendants that are not named in In re Ripple, those issues will not be addressed until the court has resolved the legal issues raised by the earlier-filed action.

.

**IT IS SO ORDERED.**

Dated: September 20, 2021

                                                        /s/ *Phyllis J. Hamilton*
                                                        PHYLLIS J. HAMILTON
                                                        United States District Judge