1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re RIPPLE LABS INC. LITIGATION | ) Case No. 4:18-cv-06753-PJH |
| | ) |
| | ) CLASS ACTION |
| This Document Relates To: | ) |
| | ) [PROPOSED] ORDER REGARDING |
| ALL ACTIONS. | ) PUBLICATION OF NOTICE PURSUANT |
| | ) TO THE PRIVATE SECURITIES |
| | ) LITIGATION REFORM ACT, 15 U.S.C. |
| | ) §77z-1, BRIEFING SCHEDULE ON |
| | ) MOTIONS FOR APPOINTMENT AS LEAD |
| | ) PLAINTIFF, FILING OF LEAD |
| | ) PLAINTIFFS' CONSOLIDATED |
| | ) COMPLAINT AND DEFENDANTS' |
| | ) RESPONSE TO THE CONSOLIDATED |
| | ) COMPLAINT |
| | ) |

1      The Court having received and reviewed the parties' Regarding Publication Of Notice

2   Pursuant To The Private Securities Litigation Reform Act, 15 U.S.C. §77z-1, Briefing Schedule On

3   Motions For Appointment As Lead Plaintiff, Filing Of Lead Plaintiffs' Consolidated Complaint And

4   Defendants' Response To The Consolidated Complaint, and good cause appearing;

5      IT IS HEREBY ORDERED:

6      1.      Within two business days following the entry of this stipulation, but no later than

7   March 20, 2019, Plaintiffs shall cause notice to be published consistent with 15 U.S.C. §77z-

8   1(a)(3)(A)(i);

9      2.      Pursuant to the PSLRA, 15 U.S.C. §77z-1(a)(3)(A)(i)(II), any member of the

10   purported class seeking to serve as lead plaintiff of the purported class shall, no later than 60 days

11   after the date on which notice is published, move the Court for appointment as lead plaintiff and

12   approval of lead plaintiffs' selection of lead counsel;

13      3.      Defendants are not required to respond to the complaint in any action previously

14   consolidated into this Action;

15      4.      The court-appointed lead plaintiff shall file a consolidated complaint within forty-five

16   (45) days after entry of the order designating the lead plaintiff, unless otherwise agreed upon by the

17   Parties. The consolidated complaint shall be the operative complaint and shall supersede all

18   complaints filed in any action consolidated into this Action;

19      5.      Defendants shall respond to the consolidated complaint within forty-five (45) days

20   after service, unless otherwise agreed upon by the Parties and so ordered by the Court. If Defendants

21   file any motions directed at the consolidated complaint, the opposition brief shall be filed within

22   forty-five (45) days of the date the motion was filed, and the reply brief shall be filed within thirty

23   (30) days of the date the opposition brief was filed, unless otherwise agreed upon by the Parties and

24   so ordered by the Court.

25      6.      All related actions that are subsequently filed in, or transferred to, this District shall

26   be consolidated into this action for pretrial purposes. This Order shall apply to every such related

27   action, absent order of the Court. A party that objects to such consolidation, or to any other provision

28

1  of this Order, must file an application for relief from this Order within thirty (30) days after the date

2  on which a copy of this Order is served on the party's counsel.

3        7.      The parties shall file an Administrative Motion to Consider Whether Cases Should Be

4  Related pursuant to Civil L.R. 3-12 whenever a case that should be consolidated into this action is

5  filed in, or transferred to, this District. If the Court determines that the case is related, the clerk shall:

6              (i)        place a copy of this Order in the separate file for such action;

7              (ii)       serve on plaintiff's counsel in the new case a copy of this Order;

8              (iii)      direct that this Order be served upon defendants in the new case; and

9              (iv)       make the appropriate entry in the docket for this action.

10       8.      Nothing herein shall be deemed to constitute a waiver of any rights, claims, defenses,

11  motions, or relief any Party may assert or seek with respect to this Action.

12  Dated:  March 18, 2019

13

14  _____
    Hon.                    Hamilton
15  United States District Court Judge

IT IS SO ORDERED

Judge Phyllis J. Hamilton

16

17

18

19

20

21

22

23

24

25

26

27

28